# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laney Sweet, | No. CV-17-0152-PHX-DKD |
| Plaintiff, | |
| v. | **ORDER** |
| City of Mesa, et al., | |
| Defendants. | |

Having considered the Parties' Stipulation to Extend Defendants' Time to Answer And/Or Otherwise Respond to Complaint (Doc. 8), and good cause appearing,

**IT IS ORDERED** that the Stipulation to Extend Defendants' Time to Answer And/Or Otherwise Respond to Complaint is granted.  Defendants shall file their response to the Complaint on or before March 24, 2017.

Dated this 8th day of February, 2017.

_____
David K. Duncan
United States Magistrate Judge