Mark John Geragos (Admitted Pro Hac Vice)
Benjamin Jared Meiselas (Admitted Pro Hac Vice)
**GERAGOS & GERAGOS, PC**
644 South Figueroa Street
Los Angeles, CA 90017
Telephone No. 213-625-3900
Facsimile No. 213-232-3255
Email:  mark@geragos.com
           meiselas@geragos.com

William A. Richards #013381
Leslie Ross #027207
David E. Wood #021403
**BASKIN RICHARDS PLC**
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone No. 602-812-7979
Facsimile No. 602-595-7800
E-mail:  brichards@baskinrichards.com
            lross@baskinrichards.com
            dwood@baskinrichards.com
*Attorneys for Plaintiff Laney Sweet, an individual, on her*
*own behalf and as guardian of Plaintiffs E.S. and N.S.,*
*and as representative of the Plaintiff Estate of Daniel Shaver*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LANEY SWEET, et al.,<br><br>                                    Plaintiffs,<br><br>v.<br><br>CITY OF MESA, et al.,<br><br>                                    Defendants. | Case No. 2:17-cv-00152-PHX-GMS<br>**LEAD CASE**<br><br>**CONSOLIDATED WITH:**<br>Case No. 2:17-cv-00715-PHX-GMS |
| GRADY SHAVER, et al.,<br><br>                                    Plaintiffs,<br><br>v.<br><br>CITY OF MESA, et al.,<br>                                    Defendants. | **STIPULATION TO EXTEND DEADLINE TO ENGAGE IN GOOD FAITH SETTLEMENT TALKS**<br><br>(First Request) |

The parties, by and through undersigned counsel, stipulate and jointly request an

extension for the deadline to engage in good faith settlement talks.

The Court's Case Management Order dated June 26, 2017 (Doc. 44) ordered the parties to meet in person and engage in good faith settlement talks by March 16, 2018.  The parties have been working to schedule a mediation, but due to the number of parties involved and various scheduling issues that include those of the identified mediators, the parties have been unable to schedule the mediation by that date.

Accordingly, the parties respectfully request that the Court extend the deadline for engaging in good faith settlement talks to June 15, 2018.  That date will not impact or otherwise delay any other pending deadlines currently in effect under the Case Management Order.  This request is made in good faith and not for purposes of delay.

RESPECTFULLY SUBMITTED this 9th day of March, 2018.

BASKIN RICHARDS PLC

*/s/ David Wood*
William A. Richards
David E. Wood
Leslie Ross
2901 N. Central Avenue, Suite 1150
Phoenix, AZ 85012

AND

GERAGOS & GERAGOS, PC
Mark Geragos
Benjamin Meiselas
644 S. Figueroa Street
Los Angeles, CA 90017

*Attorneys for Plaintiff Laney Sweet, an individual, on her own behalf and as guardian of Plaintiffs E.S. and N.S., and as representative of the Plaintiff Estate of Daniel Shaver*

BASKIN RICHARDS PLC
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone 602-812-7979
Facsimile 602-595-7800

2

BUDGE LAW FIRM, PLLC

*/s/ David Wood (with permission)*
Sven K. Budge
1134 E. University Drive, Suite 121
Mesa, AZ 85203
*Attorneys for Plaintiffs Grady and Norma Shaver*


WIENEKE LAW GROUP, PLC

*/s/ David Wood (with permission)*
Kathleen L. Wieneke
Christina Retts
1095 W. Rio Salado Parkway, Suite 209
Tempe, AZ 85281
*Attorneys for Defendants City of Mesa, Officer*
*Brian Elmore, Officer Christopher Doane, Officer*
*Richard Gomez, and Officer Bryan Cochran*


O'CONNOR & CAMPBELL, P.C.

*/s/ David Wood (with permission)*
Daniel J. O'Connor, Jr.
Justin D. Holm
7955 S. Priest Drive
Tempe, AZ 85284
*Attorneys for Defendants Phillip Brailsford and*
*Corrine Brailsford*


JONES SKELTON HOCHULI, P.L.C.

*/s/ David Wood (with permission)*
Mark D. Zukowski
Jonathan P. Barnes, Jr.
David C. Potts
40 N. Central Avenue, Suite 2700
Phoenix, AZ 85004
*Attorneys for Defendant La Quinta Holdings*

BASKIN RICHARDS PLC
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone 602-812-7979
Facsimile 602-595-7800

GODDARD LAW OFFICE PLC

*/s/ David Wood (with permission)*
Spencer G. Scharff
502 W. Roosevelt Street
Phoenix, AZ 85003

AND

J. BELANGER LAW PLLC
James Belanger
P.O. Box 447
Tempe, AZ 85280
*Attorney for Defendant Charles Langley*

BASKIN RICHARDS PLC
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone 602-812-7979
Facsimile 602-595-7800

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing to:

Kathleen L. Wieneke
Christina Retts
WIENEKE LAW GROUP, PLC
1095 W. Rio Salado Parkway, Suite 209
Tempe, AZ 85281
*Attorneys for Defendants City of Mesa,*
*Officer Brian Elmore, Officer Christopher*
*Doane, Officer Richard Gomez, and Officer*
*Bryan Cochran*

Daniel O'Connor, Jr.
Justin D. Holm
O'CONNOR & CAMPBELL, P.C.
7955 S. Priest Drive
Tempe, AZ 85284
*Attorneys for Defendants Philip Brailsford*
*and Corrine Brailsford*

Mark Zukowski
David Potts
Jonathan Barnes
JONES, SKELTON & HOCHULI, P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, AZ 85004
*Attorneys for Defendant La Quinta Holdings*

James Belanger
J. BELANGER LAW PLLC
P.O. Box 447
Tempe, AZ 85280

AND

Spencer G. Scharff
GODDARD LAW OFFICE PLC
502 W. Roosevelt Street
Phoenix, AZ 85003

*Attorneys for Defendant Charles Langley*

Sven K. Budge
BUDGE LAW FIRM, PLLC
1134 E. University Drive, Suite 121
Mesa, AZ 85203
*Attorneys for Plaintiffs Grady and Norma Shaver*

*/s/ Nicole Rynearson*

BASKIN RICHARDS PLC
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone 602-812-7979
Facsimile 602-595-7800