# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laney Sweet, | No. CV-17-00152-PHX-GMS |
| Plaintiff, | **LEAD CASE** |
| v. | **CONSOLIDATED WITH:** |
| City of Mesa, et al., | No. CV-17-00715-PHX-GMS |
| Defendants. | **ORDER** |
| Grady Shaver, et al. | |
| Plaintiffs, | |
| v. | |
| City of Mesa, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation to Extend Deadline to Engage in Good Faith Settlement Talks (Doc. 125), and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation is granted. The deadline to meet in person and engage in good faith settlement talks shall be extended to **June 15, 2018.** Upon completion of such settlement talks, and in no event later than **five working days** after the deadline set forth, the parties shall file with the Court a Joint Report on

Settlement Talks executed by or on behalf of all counsel. All other deadlines in the Case Management Order (Doc. 44) shall remain the same.

Dated this 12th day of March, 2018.

*G. Murray Snow*
Honorable G. Murray Snow
United States District Judge