Daniel J. O'Connor, Jr., Bar No. 010081
Justin D. Holm, Bar No. 025202
**O'CONNOR & CAMPBELL, P.C.**
7955 South Priest Drive
Tempe, Arizona  85284
daniel.oconnor@occlaw.com
justin.holm@occlaw.com
(602) 241-7000

*Attorneys for defendants, Philip and Corrine Brailsford*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laney Sweet, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> City of Mesa, et al. <br><br> Defendants. <br><br> Grady Shaver, et al. <br><br> Plaintiffs, <br><br> v. <br><br> City of Mesa, et al. <br><br> Defendants. | Case No.: 17-cv-00152-GMS <br> **LEAD CASE** <br><br> **CONSOLIDATED WITH:** <br> Case No.: 17-cv-00715-GMS <br><br> **BRAILSFORD DEFENDANTS' NOTICE OF NO OBJECTION TO DEFENDANT LANGLEY'S MOTION TO STAY DISCOVERY PENDING APPEAL** |

Defendants Philip and Corrine Brailsford, through undersigned counsel, give notice of no objection to Defendant Langley's Motion to Stay Discovery Pending Appeal (Doc. 152).

Dated: July 2, 2018.

**O'CONNOR & CAMPBELL, P.C.**

By: */s/ Justin D. Holm*
    Daniel J. O'Connor, Jr.
    Justin D. Holm
    *Attorneys for defendants,*
    *Philip and Corrine Brailsford*

CERTIFICATE OF FILING

I hereby certify that on July 2, 2018, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following registrants:

William Richards
David Wood
Baskin Richards, PLC
2901 N. Central Ave., Suite 1150
Phoenix, AZ 85012
*Attorneys for plaintiffs, Laney Sweet, E.S., a minor, N.S., a minor, Estate of Daniel Shaver*

Mark Geragos
Benjamin Meiselas
Geragos & Geragos, APC
644 S. Figueroa St.
Los Angeles, CA 90017
*Attorneys for plaintiffs, Laney Sweet, E.S., a minor, N.S. a minor, Estate of Daniel Shaver*

Sven K. Budge
Budge Law Firm, PLLC
1134 E. University Dr., Suite 121
Mesa, AZ 85203
*Attorneys for plaintiffs, Grady Shaver, surviving father of Daniel Shaver, deceased; and Norma Shaver, surviving mother of Daniel Shaver*

1 | Kathleen Wieneke
2 | Tina Retts
Wieneke Law Group
3 | 1095 W. Rio Salado Parkway, Suite 209
Tempe, AZ 85281
4 | *Attorneys for defendants, City of Mesa, Brian Elmore, Christopher Doane, Bryan*
5 | *Cochran and Richard Gomez*

6 | Jim Belanger
J. Belanger Law, PLLC
7 | P.O. Box 447
8 | Tempe, AZ 85280
*Attorneys for defendant, Charles Langley*
9 |

10 | Spencer G. Scharff
Goddard Law Office, PLC
11 | 502 W. Roosevelt St.
Phoenix, AZ 85003
12 | *Attorneys for defendant, Charles Langley*

13 |
Mark Zukowski
14 | David Potts
15 | Jon Barnes
Jones Skelton & Hochuli, PLC
16 | 40 N. Central Ave., Suite 2700
Phoenix, AZ 85004
17 | *Attorneys for defendant, LQ Management, LLC*

18 |
 /s/ Amanda Bennett
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |