Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
WIENEKE LAW GROUP PLC
1095 West Rio Salado Parkway, Suite 209
Tempe, AZ 85281
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com

*Attorneys for Defendants City of Mesa, Brian Elmore, Christopher Doane, Bryan Cochran, and Richard Gomez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Laney Sweet, an individual, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>City of Mesa, et al.,<br><br>    Defendants.<br><br>Grady Shaver, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>City of Mesa, et al.,<br><br>    Defendants. | NO. 2:17-cv-00152-GMS<br>**LEAD CASE**<br><br>**CONSOLIDATED WITH:**<br>NO. 2:17-cv-00715-GMS<br><br>**CITY DEFENDANTS' JOINDER IN DEFENDANT LANGLEY'S MOTION TO STAY PENDING APPEAL** |

  Defendants City of Mesa, Brian Elmore, Christopher Doane, Bryan Cochran, and Richard Gomez (collectively "City Defendants"), hereby join in Defendant Langley's Motion to Stay pending appeal (Doc. 152) filed on June 28, 2018. As this Court has recognized in other litigation, qualified immunity is immunity from suit. The benefits of qualified immunity are lost if a party is required to participate in discovery and trial while an appeal is pending.

  As a practical matter, without a stay pending the appeal, there is a likelihood of

duplicative discovery and inability to proceed with a motion for summary judgment and trial for the remaining Defendants. The City Defendants wish to avoid duplicative discovery, namely the potential that witnesses will be re-deposed. Additionally, the appeal has the potential to affect the claims against the individual officers. For example, if the Ninth Circuit addresses integral participation in this fact setting, those rulings would be relevant to the claims against the individual officers.

If a stay is in place, the City Defendants do request that the Court continue to allow them to serve subpoenas for any of the Plaintiffs' records. There are also several subpoenas outstanding and the City Defendants wish to continue to collect and produce these records. As obtaining and producing these records is not activity directed to Defendant Langley, nor does it relate to the liability issues that are present in the appeal, pursuit of these records will not prejudice Defendant Langley.

As an alternative, the City Defendants request that the Court institute a stay on all discovery and permit all of the remaining Defendants to file a Motion for Summary Judgment on qualified immunity *only* by September 5, 2018, without prejudicing the City Defendants' right to later file a second Motion for Summary Judgment. Thus, in the event that there is any denial of qualified immunity, all Defendants who wished to appeal could be joined with Defendant Langley's appeal.

DATED this 3rd day of July, 2018.

WIENEKE LAW GROUP, PLC

By: */s/ Christina Retts*
Kathleen L. Wieneke
Christina Retts
1095 West Rio Salado Parkway, Suite 209
Tempe, Arizona 85281
*Attorneys for Defendant Defendants City of Mesa, Brian Elmore, Christopher Doane, Bryan Cochran, and Richard Gomez*

# CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Mark D Zukowski: | mzukowski@jshfirm.com, klewis@jshfirm.com |
| James J Belanger: | jjb@jbelangerlaw.com, lmj@jbelangerlaw.com |
| Daniel J O'Connor | caseadmin@occlaw.com |
| William August Richards | brichards@baskinrichards.com, cmcdonald@baskinrichards.com |
| David Eric Wood | dwood@baskinrichards.com, cmcdonald@baskinrichards.com, nrynearson@baskinrichards.com |
| Justin Dean Holm | justin.holm@occlaw.com, amanda.bennett@occlaw.com |
| Leslie Allison Ross | lross@baskinrichards.com, nrynearson@baskinrichards.com |
| David Calvin Potts | dpotts@jshfirm.com, scoffey@jshfirm.com |
| Spencer Garrett Scharff | spencer@scharffplc.com |
| Sven Kortne Budge | sbudge@budgelawfirm.com |
| Mark John Geragos | mark@geragos.com, geragos@geragos.com |
| Benjamin Meiselas | ben@geragos.com, geragos@geragos.com |
| Jonathan Paul Barnes | jbarnes@jshfirm.com, gstahly@jshfirm.com |

1  I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

By:  */s/ Kim Penny*