Mark John Geragos (Admitted Pro Hac Vice)
Benjamin Jared Meiselas (Admitted Pro Hac Vice)
**GERAGOS & GERAGOS, PC**
644 South Figueroa Street
Los Angeles, CA 90017
Telephone No. 213-625-3900
Facsimile No. 213-232-3255
Email:  mark@geragos.com
          meiselas@geragos.com

William A. Richards #013381
David E. Wood #021403
**BASKIN RICHARDS PLC**
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone No. 602-812-7979
Facsimile No. 602-595-7800
E-mail:  brichards@baskinrichards.com
          dwood@baskinrichards.com
*Attorneys for Plaintiff Laney Sweet, an individual, on her
own behalf and as guardian of Plaintiffs E.S. and N.S.,
and as representative of the Plaintiff Estate of Daniel Shaver*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| LANEY SWEET, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MESA, et al., <br><br> Defendants. | Case No. 2:17-cv-00152-PHX-GMS <br> **LEAD CASE** <br><br> **CONSOLIDATED WITH:** <br> Case No. 2:17-cv-00715-PHX-GMS |
| GRADY SHAVER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MESA, et al., <br><br> Defendants. | **JOINT REPORT REGARDING GOOD FAITH SETTLEMENT TALKS** |

Pursuant to the Court's Scheduling Order (Doc. 44), and as amended (Doc. 143), the Parties provide the following Joint Report on Settlement Talks.

Both prior to and at the depositions of the Shaver Plaintiffs on October 31, 2018, the

Parties engaged in preliminary settlement discussions. During those discussions the Parties discussed their intention to engage in mediation after the completion of Ms. Sweet's deposition which is scheduled for November 27, 2018.

RESPECTFULLY SUBMITTED this 7th day of November, 2018.

BASKIN RICHARDS PLC

*/s/ David Wood*
William A. Richards
David E. Wood
2901 N. Central Avenue, Suite 1150
Phoenix, AZ 85012

AND

GERAGOS & GERAGOS, PC
Mark Geragos
Benjamin Meiselas
644 S. Figueroa Street
Los Angeles, CA 90017

*Attorneys for Plaintiff Laney Sweet, an individual, on her own behalf and as guardian of Plaintiffs E.S. and N.S., and as representative of the Plaintiff Estate of Daniel Shaver*

BUDGE LAW FIRM, PLLC

*/s/ Sven K. Budge (with permission)*
Sven K. Budge
1134 E. University Drive, Suite 121
Mesa, AZ 85203
*Attorneys for Plaintiffs Grady and Norma Shaver*

WIENEKE LAW GROUP, PLC

*/s/ Kathleen L. Wieneke (with permission)*
Kathleen L. Wieneke
Christina Retts
1095 W. Rio Salado Parkway, Suite 209
Tempe, AZ 85281
*Attorneys for Defendants City of Mesa, Officer Brian Elmore, Officer Christopher Doane, Officer Richard Gomez, and Officer Bryan Cochran*

O'CONNOR & CAMPBELL, P.C.

/s/ *Justin D. Holm (with permission)*
Daniel J. O'Connor, Jr.
Justin D. Holm
7955 S. Priest Drive
Tempe, AZ 85284
*Attorneys for Defendants Phillip Brailsford and Corrine Brailsford*

JONES SKELTON HOCHULI, P.L.C.

*/s/ David C. Potts (with permission)*
Mark D. Zukowski
Jonathan P. Barnes, Jr.
David C. Potts
40 N. Central Avenue, Suite 2700
Phoenix, AZ 85004
*Attorneys for Defendant La Quinta Holdings*

3

SCHARFF PLC

*/s/ Spencer G. Scharff (with Permission)*
Spencer G. Scharff
502 W. Roosevelt Street
Phoenix, AZ 85003

AND

J. BELANGER LAW PLLC
James Belanger
P.O. Box 447
Tempe, AZ 85280
*Attorney for Defendant Charles Langley*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing to:

Kathleen L. Wieneke
Christina Retts
WIENEKE LAW GROUP, PLC
1095 W. Rio Salado Parkway, Suite 209
Tempe, AZ 85281
*Attorneys for Defendants City of Mesa, Officer Brian Elmore, Officer Christopher Doane, Officer Richard Gomez, and Officer Bryan Cochran*

Daniel O'Connor, Jr.
Justin D. Holm
O'CONNOR & CAMPBELL, P.C.
7955 S. Priest Drive
Tempe, AZ 85284
*Attorneys for Defendants Philip Brailsford and Corrine Brailsford*

Mark Zukowski
David Potts
Jonathan Barnes
JONES, SKELTON & HOCHULI, P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, AZ 85004
*Attorneys for Defendant La Quinta Holdings*

James Belanger
J. BELANGER LAW PLLC
P.O. Box 447
Tempe, AZ 85280

AND

Spencer G. Scharff
SCHARFF PLC
502 W. Roosevelt Street
Phoenix, AZ 85003

*Attorneys for Defendant Charles Langley*

BASKIN RICHARDS PLC
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone 602-812-7979
Facsimile 602-595-7800

Sven K. Budge
BUDGE LAW FIRM, PLLC
1134 E. University Drive, Suite 121
Mesa, AZ 85203
*Attorneys for Plaintiffs Grady and Norma Shaver*

*/s/ Maria Luque Villa*

BASKIN RICHARDS PLC
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone 602-812-7979
Facsimile 602-595-7800