IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laney Sweet,<br><br>            Plaintiff,<br><br>v.<br><br>City of Mesa, et al.,<br><br>            Defendants. | No. CV-17-00152-PHX-GMS<br>**LEAD CASE**<br><br>**CONSOLIDATED WITH:**<br>No. CV-17-00715-PHX-GMS<br><br>**ORDER** |
| Grady Shaver, et al.<br><br>            Plaintiffs,<br><br>v.<br><br>City of Mesa, et al.,<br><br>            Defendants. | |

Pursuant to the Defendants' Joint Motion to Extend Deadlines (Doc. 204) and Response thereto (Doc. 210), and good cause appearing,

**IT IS HEREBY ORDERED** that the Defendants' Joint Motion to Extend Deadlines is granted. The Case Management Order(s) (Doc. 44, 172) are extended for the benefit of all parties as follows:

1. The deadline to complete fact discovery, including discovery by subpoena, from January 15, 2019 to **Friday, March 8, 2019**.

2. Defendants' initial expert disclosures from November 26, 2018 to **Friday, January 18, 2019**.

3. Rebuttal expert disclosures from December 21, 2018 to **Friday, February 8, 2019**.

4. All expert-witness depositions completed from February 8, 2019 to **Friday, March 8, 2019**.

5. Deadline for filing of all dispositive motions from March 8, 2019 to **Friday, April 26, 2019**.

Dated this 7th day of January, 2019.

_____
G. Murray Snow
Chief United States District Judge