James J. Belanger, No. 011393
J. BELANGER LAW PLLC
PO Box 447
Phoenix, Arizona 85280-0447
(602) 224-0999
jjb@belangerlaw.com

Spencer G. Scharff, No. 028946
SCHARFF PLC
502 W. Roosevelt Street
Phoenix, Arizona 85003
(602) 739-4417
spencer@scharffplc.com

*Attorneys for Defendant*
Charles Langley

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laney Sweet, an individual, et al., <br><br> Plaintiff, <br><br> v. <br><br> City of Mesa, et al., <br><br> Defendants. | NO. CV-17-00152-PHX-GMS <br> **LEAD CASE** <br><br> **CONSOLIDATED WITH:** <br> No. CV-17-00715-PHX-GMS <br><br> **NOTICE OF SERVICE OF DISCOVERY** |
| Grady Shaver, et al. <br><br> Plaintiff, <br><br> v. <br><br> City of Mesa, et al., <br><br> Defendants. | |

Defendant Charles Langley gives notice that he has served upon all counsel via electronic mail—pursuant to the parties' Rule 5(b)(2)(E) agreement—on February 22, 2019, the following documents:

1. Defendant Langley's Fourth Supplemental Disclosure Statement.

Respectfully submitted this 23rd day of February 2019.

**SCHARFF PLC**

By: */s/ Spencer G. Scharff*
Spencer G. Scharff

James J. Belanger
**J. BELANGER LAW PLLC**

*Attorneys for Defendant*
Charles Langley

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2019, I electronically transmitted the above document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Spencer G. Scharff*