Mark John Geragos (Admitted Pro Hac Vice)
Benjamin Jared Meiselas (Admitted Pro Hac Vice)
**GERAGOS & GERAGOS, PC**
644 South Figueroa Street
Los Angeles, CA 90017
Telephone No. 213-625-3900
Facsimile No. 213-232-3255
Email: mark@geragos.com
       meidelas@geragos.com

William A. Richards #013381
Alan S. Baskin #013155
**BASKIN RICHARDS PLC**
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone No. 602-812-7979
Facsímile No. 602-595-7800
E-mail: brichards@baskinrichards.com
        alan@baskinrichards.com
*Attorneys for Plaintiff Laney Sweet, an individual, on her own behalf and as guardian of Plaintiffs E.S. and N.S., and as representative of the Plaintiff Estate of Daniel Shaver*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Laney, Sweet an individual, et al.,<br><br>        Plaintiffs,<br>v.<br><br>City of Mesa, et. al.,<br><br>        Defendants. | Case No. 2:17-cv-00152-PHX-GMS<br>**LEAD CASE**<br><br>**CONSOLIDATED WITH:**<br>Case No. 2:17-cv-00715-PHX-GMS<br><br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS' TO FILE RESPONSE TO DEFENDANTS' MOTION TO STAY DUE TO DEFENDANT BRAILSFORD'S BANKRUPTCY** |
| Grady Shaver, et. al.,<br><br>        Plaintiffs,<br>v.<br><br>City of Mesa, et al.,<br><br>        Defendants. | |

The parties hereby stipulate to extend the deadline for Plaintiffs to file their Responses

to Defendants City of Mesa, Brian Elmore, Christopher Doane, Bryan Cochran and Richard Gomez's Motion to Stay Due to Defendant Brailsford's Bankruptcy. Defendant Langley and Defendant LQ Management have filed joinders in the City of Mesa's Motion to Stay which Plaintiffs intend to address within one consolidated Response. On February 27, 2019, a status conference was held to discuss Defendant Brailsford's bankruptcy filing. During the status conference, Judge Snow suggested that Plaintiffs' counsel and Defendants' counsel attempt to resolve the motion to stay issue before Plaintiffs file a response. The parties have agreed to meet and confer regarding a potential resolution to the motion to stay issue. However, due to counsels' conflicting schedules, the earliest time at which such discussions involving all counsel could occur is Tuesday, March 5, 2019. The current deadline for Plaintiffs to file their Responses to the motion to stay is that same day, Tuesday, March 5, 2019.

In light of the foregoing, undersigned counsel believe that a one-week extension is reasonable to most efficiently allow for counsel to complete discussions and potentially obviate the need for Plaintiffs to file a response. Therefore, the parties stipulate to a one-week extension for Plaintiffs' Response to Defendant City of Mesa's Motion to Stay to Tuesday, March 12, 2019.

RESPECTFULLY SUBMITTED this 27th of February, 2019.

BASKIN RICHARDS PLC

*/s/ William A. Richards*
William A. Richards
Alan S. Baskin
2901 N. Central Avenue, Suite 1150
Phoenix, AZ  85012

AND

GERAGOS & GERAGOS, PC
Mark Geragos
Benjamin Meiselas
644 S. Figueroa Street
Los Angeles, CA 90017
*Attorneys for Plaintiff Laney Sweet, an individual, on her own behalf and as guardian of Plaintiffs E.S. and*

2

*N.S., and as representative of the Plaintiff Estate of Daniel Shaver*

BUDGE LAW FIRM, PLLC

*/s/ Sven K. Budge (with permission)*
Sven K. Budge
1134 E. University Drive, Suite 121
Mesa, AZ 85203
*Attorney for Plaintiffs Grady and Norma Shaver*

WIENEKE LAW GROUP, PLC

*/s/ Christina Retts (with permission)*
Kathleen L. Wieneke
Christina Retts
1095 W. Rio Salado Parkway, Suite 209
Tempe, AZ 85281
*Attorneys for Defendants City of Mesa, Officer Brian Elmore, Officer Christopher Doane, Officer Richard Gomez, and Officer Bryan Cochran*

O'CONNOR & CAMPBELL, P.C.

*/s/ Justin D. Holm (with permission)*
Daniel J. O'Connor, Jr.
Justin D. Holm
7955 S. Priest Drive
Tempe, AZ 85284
*Attorneys for Defendants Phillip Brailsford and Corrine Brailsford*

JONES SKELTON HOCHULI, P.L.C.

*/s/ Mark D. Zukowski (with permission)*
Mark D. Zukowski
David C. Potts
40 N. Central Avenue, Suite 2700
Phoenix, AZ 85004
*Attorneys for Defendant La Quinta Holdings*

SCHARFF PLC

*/s/ James J. Belanger (with permission)*
Spencer G. Scharff
502 W. Roosevelt Street
Phoenix, AZ 85003

AND

J. BELANGER LAW PLLC
James J. Belanger
P.O. Box 447
Tempe, AZ 85280

*Attorneys for Defendant Charles Langley*

# CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing to:

Kathleen L. Wieneke
Christina Retts
WIENEKE LAW GROUP, PLC
1095 W. Rio Salado Parkway, Suite 209
Tempe, AZ 85281
*Attorneys for Defendants City of Mesa, Officer Brian Elmore, Officer Christopher Doane, Officer Richard Gomez, and Officer Bryan Cochran*

Daniel J. O'Connor, Jr.
Justin D. Holm
O'CONNOR & CAMPBELL, P.C.
7955 S. Priest Drive
Tempe, AZ 85284
*Attorneys for Defendants Philip Brailsford and Corrine Brailsford*

Mark D. Zukowski
David C. Potts
JONES, SKELTON & HOCHULI, P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, AZ 85004
*Attorneys for Defendant La Quinta Holdings*

James J. Belanger
J. BELANGER LAW PLLC
P.O. Box 447
Tempe, AZ 85280
*Attorneys for Defendant Charles Langley*

Spencer G. Scharff
SCHARFF PLC
502 W. Roosevelt Street
Phoenix, AZ 85003
*Attorneys for Defendant Charles Langley*

///
///

Sven K. Budge
BUDGE LAW FIRM, PLLC
1134 E. University Drive, Suite 121
Mesa, AZ 85203
*Attorneys for Plaintiffs Grady and Norma Shaver*

/s/ Nicole Rynearson