Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
WIENEKE LAW GROUP PLC
1095 West Rio Salado Parkway, Suite 209
Tempe, AZ 85281
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com

*Attorneys for Defendants City of Mesa, Brian Elmore, Christopher Doane, Bryan Cochran, and Richard Gomez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Laney Sweet, an individual, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>City of Mesa, et al.,<br><br>Defendants. | NO. 2:17-cv-00152-GMS<br>**LEAD CASE**<br><br>**CONSOLIDATED WITH:**<br>NO. 2:17-cv-00715-GMS<br><br>**INDEX OF EXHIBITS TO DEFENDANTS' JOINT STATEMENT OF FACTS** |
| Grady Shaver, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>City of Mesa, et al.,<br><br>Defendants. | |

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| 1 | J. Sarrett Trial Testimony |
| 2 | L. Sarrett Trial Testimony |
| 3 | L. Jimenez Trial Testimony |
| 4 | 911 Call Transcripts |
| 5 | J. Johnson Trial Testimony |
| 6 | M. Portillo Trial Testimony |

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| 7 | Brailsford Body Camera Footage |
| 8 | Kurtz Trial Testimony |
| 9 | Scene Diagram |
| 10 | Officer Doane Trial Testimony (Part 1) |
| 11 | CAD History Printout |
| 12 | Cochran CAD |
| 13 | Elmore CAD |
| 14 | Gomez CAD |
| 15 | Hendersen and Doane CAD |
| 16 | Langley CAD |
| 17 | Redden CAD |
| 18 | Officer Cochran Trial Testimony |
| 19 | Officer Elmore Trial Testimony (Part 1) |
| 20 | AXON Transcript |
| 21 | Officer Gomez Trial Testimony |
| 22 | Officer Brailsford Trial Testimony |
| 23 | Langley Trial Testimony |
| 24 | Officer Doane Trial Testimony (Part 2) |
| 25 | Detective Rayburn Trial Testimony |
| 26 | Officer Jacobs Trial Testimony |
| 27 | Mr. Kapelsohn Trial Testimony |
| 28 | Detective Sipe Trial Testimony |
| 29 | Dr. Shelly Trial Testimony |
| 30 | Officer Elmore Trial Testimony (Part 2) |
| 31 | Officer Training Records |
| 32 | Harmening Expert Report |

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| 33 | Jeff Noble Expert Report |
| 34 | Harmening Rebuttal of Noble |
| 35 | Weatherford College Application |
| 36 | Grady Shaver Deposition |
| 37 | March 29, 2016 Superior Court Minute Entry |
| 38 | March 25, 2016 Axon Briefing |
| 39 | May 5, 2016 AXON Superior Court Order |
| 40 | May 17, 2016 AXON Superior Court Order |
| 41 | October 26, 2017 Superior Court Oral Ruling regarding AXON |