# EXHIBIT 26

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

```
                              )
STATE OF ARIZONA,             )
                              )
            Plaintiff,        )
                              )  CR 2016-004743-001
      vs.                     )
                              )
PHILIP M. BRAILSFORD,         )
                              )
            Defendant.        )
                              )
_____)
```

Phoenix, Arizona
November 28, 2017
1:30 p.m.

BEFORE THE HONORABLE GEORGE H. FOSTER, JR.,
SUPERIOR COURT JUDGE

REPORTER'S TRANSCRIPT OF PROCEEDINGS

JEFF JACOBS TESTIMONY

EXCERPT

**ORIGINAL**

**REPORTED BY:**
DALIA AMBRIZ, CR, RPR
Certified Court Reporter #50899

Brailsford TT00758

extraordinarily high, we must not use what if, isn't it possible, maybe, because the consequence of being wrong is death or serious physical injury to the officers or in this case, the people he's responsible for.

Q.  And what about information that you haven't acquired yet.  After-acquired information?

A.  So information gathered after the fact.

Q.  Yes.

A.  We can never consider that because, of course, on the scene, the officer on the scene in the moment doesn't have any of that.  And this is very -- this is what makes this very, very complicated is we get to look at the video, we get to look at all the information, the officer on the scene in the moment has none of that information gathered after the fact.  That officer has to make that split second decision in a situation where he has none of that in a very stressful, dangerous situation compressed timeframe.  We cannot look at information gathered after the fact.

Q.  Have you ever -- do you teach them at all, in terms of the suspects, and in a situation like this, are exhibiting crying or saying certain things, are they to rely upon that or observe the behavior?

A.  No, it's always observe the behavior.  We train don't ever go by what somebody is saying.  We have a lot

Brailsford TT00778

of case studies.  I use a lot of case studies on this, case comparisons where we can show officers this is you have to go by the information you have.  You have to go by that objective pertinent facts, totality of circumstances, everything in context, weighed against that risk.  And when that risk is high -- well, if they even noticed what somebody is saying, you cannot consider that in your decisionmaking.

Q.   And in terms of people's behavior that you're dealing with, do you instruct them all on observations of hands?

A.   Yes.

Q.   What do you instruct them?

A.   The hands are what are going to hurt us or kill us.  So what we teach on this if that's what you have to look at, and this is -- and this is -- we've been teaching this for years.  Any time somebody wants to hurt us with weapons, their hands go to waistbands or pockets.  We've been teaching that for years exactly like that.  Any time somebody wants to hurt us with weapons, their hands go to waistbands or pockets.  Lots of case studies, lots of dash cam, body cam videos to demonstrate this.

Q.   And that's what well-trained Officers are taught and understand?

A.   Yes.

Brailsford TT00779

STATE OF ARIZONA          )
                         )
COUNTY OF MARICOPA        )

# C E R T I F I C A T E

I, *DALIA AMBRIZ*, Registered Professional Reporter and Official Certified Reporter, Certificate No. 50899, in and for the State of Arizona, do hereby certify that the foregoing pages constitute a full, true and accurate transcript of all proceedings had in the foregoing matter, all done to the best of my skill and ability.

Dated in Phoenix, Arizona, this 19th of January, 2018.

/s/_____

**DALIA AMBRIZ, CR, RPR**
**Certified Reporter No. 50899**
**Official Court Reporter**
**Maricopa County Superior Court**
**Phoenix, Arizona  85003**
**602.506.4536**

Brailsford TT00792

1

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

                                      )
STATE OF ARIZONA,                     )
                                      )
                Plaintiff,            )
                                      ) CR 2016-004743-001
            vs.                       )
                                      )
PHILIP M. BRAILSFORD,                 )
                                      )
                Defendant.            )
                                      )
_____       )


Phoenix, Arizona
November 29, 2017
10:30 a.m.


BEFORE THE HONORABLE GEORGE H. FOSTER, JR.,
SUPERIOR COURT JUDGE


REPORTER'S TRANSCRIPT OF PROCEEDINGS

JEFF JACOBS TESTIMONY

EXCERPT


**ORIGINAL**


**REPORTED BY:**
DALIA AMBRIZ, CR, RPR
Certified Court Reporter #50899

Brailsford TT00793

any of this.  I was not there.  I was not on the scene.

Q.  When Daniel was in the hallway, at what point was he disobeying the commands, do you remember.  If you don't, that's fine.

A.  Well, the hands going behind the back twice.  Those are the -- the noncompliant behaviors.

Q.  You said earlier that -- that he was told to put his hands up but instead he put them behind his back the first time; is that correct?

A.  Correct.

Q.  Do you recall that what actually happened was he was told to push up to a kneeling position and that's when he put his hands behind his back or is that not your recollection?

A.  I don't recall that.

Q.  Is it possible you were mistaken about that?

A.  Mistaken about what?

Q.  About the fact that he wasn't told to put his hands up but instead to push himself up and that's when his hands went behind his back?

A.  No, he was told to put his hands up.

Q.  And you're certain about that?

A.  Yeah.  I think I reviewed the transcript of that.

Q.  The transcript.  Did you -- okay, is your recollection from the transcript or from the video?

A.   I do not.

Q.   And, normally, the ones that have bad habits does it, in these issues, does that get brought to your attention?

A.   Well, I see it in the training.  I always notice that, so we have to pay extra attention to that.

Q.   And those people either are retrained or let go?

A.   Correct.

Q.   Now, the prosecutor also asked you about would you have done it the same way as Sergeant Langley or handle the situation.  You indicated not exactly or something to that effect?

A.   Right.  I actually teach on this on instructor schools.  And our training on this we never want to say I would have done it this way or I would have done it the exact same way, or I wouldn't have, because we're not there.  We're not in the same situation.  So what I'm saying there is, I can't say I would have done the exact same things or done things exactly the same or differently because I wasn't there.

Q.   Are you critical of how Sergeant Langley his tactics in this situation?

A.   No.  Tactically, I think he did everything correctly.

Q.   But maybe you would have done it differently had

Brailsford TT00869

STATE OF ARIZONA          )
                          )
COUNTY OF MARICOPA        )

# C E R T I F I C A T E

I, *DALIA AMBRIZ*, Registered Professional Reporter and Official Certified Reporter, Certificate No. 50899, in and for the State of Arizona, do hereby certify that the foregoing pages constitute a full, true and accurate transcript of all proceedings had in the foregoing matter, all done to the best of my skill and ability.

Dated in Phoenix, Arizona, this 19th of January, 2018.

/s/_____

**DALIA AMBRIZ, CR, RPR**
**Certified Reporter No. 50899**
**Official Court Reporter**
**Maricopa County Superior Court**
**Phoenix, Arizona  85003**
**602.506.4536**

Brailsford TT00882