IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laney Sweet,<br><br>        Plaintiff,<br><br>v.<br><br>City of Mesa, et al.,<br><br>        Defendants.<br>Grady Shaver, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>City of Mesa, et al.,<br><br>        Defendants. | No. CV-17-00152-PHX-GMS<br>**LEAD CASE**<br><br>**CONSOLIDATED WITH:**<br>No. CV-17-00715-PHX-GMS<br><br>**ORDER** |

Pending before the Court is Defendants' Emergency Motion for a Protective Order (Doc. 311). Although, Movant's do not explain why they waited until the very eve of the scheduled depositions, necessitating an emergency motion, the Motion is granted. The deadline for completing fact discovery, including discovery by subpoena, was March 8, 2019. (Doc. 211). Yet Plaintiffs are seeking to conduct additional depositions here, in violation of the Court's Case Management Order. If the Plaintiffs have good cause to conduct further discovery, they may move to amend the scheduling order under Federal Rule of Civil Procedure 16.

/ / /

**IT IS THEREFORE ORDERED** that Defendant's Motion for a Protective Order (Doc. 311) is **GRANTED**.

Dated this 25th day of June, 2019.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge