Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
WIENEKE LAW GROUP PLC
1095 West Rio Salado Parkway, Suite 209
Tempe, AZ 85281
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com

*Attorneys for Defendants City of Mesa, Brian Elmore, Christopher Doane, Bryan Cochran, and Richard Gomez*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Laney Sweet, an individual, et al., <br><br> Plaintiffs, <br><br> v. <br><br> City of Mesa, et al., <br><br> Defendants. <br><br> Grady Shaver, et al., <br><br> Plaintiffs, <br><br> v. <br><br> City of Mesa, et al., <br><br> Defendants. | NO. 2:17-cv-00152-GMS <br> **LEAD CASE** <br><br> **CONSOLIDATED WITH:** <br> NO. 2:17-cv-00715-GMS <br><br> **CITY DEFENDANTS' JOINDER IN PORTIONS OF LANGLEY'S REPLIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

The City Defendants hereby join in certain arguments advanced by Defendant Langley. Defendants join in Doc. 313, pp. 2-4, "The Shaver Plaintiffs Are Not Entitled to Additional Discovery;" and Doc. 314, pp. 2-9. Pursuant to Local Rule of Civil Procedure 7.1(d)(2), Defendants incorporate by reference these arguments.

///

DATED this 9th day of July, 2019.

           WIENEKE LAW GROUP, PLC

      By: */s/ Christina G. Retts*
         Kathleen L. Wieneke
         Christina Retts
         1095 West Rio Salado Parkway, Suite 209
         Tempe, Arizona 85281
         *Attorneys for Defendant Defendants City of Mesa, Brian Elmore, Christopher Doane, Bryan Cochran, and Richard Gomez*

## CERTIFICATE OF SERVICE

I hereby certify that on 9th day of July, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Mark D Zukowski: | mzukowski@jshfirm.com, klewis@jshfirm.com |
| James J Belanger: | jjb@jbelangerlaw.com, lmj@jbelangerlaw.com |
| Daniel J O'Connor | caseadmin@occlaw.com |
| William August Richards | brichards@baskinrichards.com, cmcdonald@baskinrichards.com |
| Alan S. Baskin | alan@baskinrichards.com |
| Jonathan Paul Barnes | jbarnes@jshfirm.com, gstahly@jshfirm.com |
| David Calvin Potts | dpotts@jshfirm.com, scoffey@jshfirm.com |
| Spencer Garrett Scharff | scharff@scharffplc.com |
| Sven Kortne Budge | sbudge@budgelawfirm.com |
| Mark John Geragos | mark@geragos.com, geragos@geragos.com |

| | | |
|---|---|---|
| 1 | Benjamin Meiselas | ben@geragos.com, |
| 2 | | geragos@geragos.com |
| 3 | Gene Nicholas Chavez | gene@chavezlawoffices.com, |
| 4 | | chavezlawoffices@gmail.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:   N/A.

By:   */s/ Lindsey M. Piasecki*