Daniel J. O'Connor, Jr., Bar No. 010081
Karen J. Stillwell, Bar No. 022711
**O'CONNOR & DYET, P.C.**
7955 South Priest Drive
Tempe, Arizona 85284
daniel.oconnor@occlaw.com
karen.stillwell@occlaw.com
(602) 241-7000
*Attorneys for Defendants Philip and Corrine Brailsford*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laney Sweet, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> City of Mesa, et al. <br><br> Defendants. | Case No.: 17-cv-00152-GMS <br> **LEAD CASE** <br><br> **CONSOLIDATED WITH:** <br> Case No.: 17-cv-00715-GMS <br><br> **MOTION PURSUANT TO RULE 16 TO EXTEND DISCOVERY DEADLINES** <br><br> **(FIRST REQUEST)** |
| Grady Shaver, et al. <br><br> Plaintiffs, <br><br> v. <br><br> City of Mesa, et al. <br><br> Defendants. | |

Defendants, Philip and Connie Brailsford ("Brailsford Defendants") through undersigned counsel, request an order to extend discovery deadlines in light of the recent lifting of the bankruptcy stay relating to the Brailsford Defendants. Specifically, Brailsford Defendants respectfully request to extend the deadline to depose Plaintiff Laney Sweet (60 days from the date of the order granting same), the deadline to complete fact discovery, including discovery by subpoena (60

days from the date of the order granting same); and the deadline for the Brailsford Defendants' filing of their dispositive motion (90 days from the date of the order granting same). For the reasons outlined below, good cause exists for the extension of the above-referenced deadlines.

On January 24, 2019, an automatic stay was imposed by the bankruptcy proceedings under 11 U.S.C. § 362(a) when Brailsford Defendants filed their Chapter 7 Petition in the Bankruptcy Court. 2:19-bk-00802 Dkt No. 1. On May 6, 2019, the Order of Discharge was entered. 2:19-bk-00802 Dkt. No. 21. Both Shaver Plaintiffs and Sweet Plaintiffs had until April 26, 2019 to file objections to Brailsford Defendants Discharge or to file complaints to determine dischargeability of debts. On April 26, 2019, the Sweet Plaintiffs filed their non-discharge action ("Adversary Proceeding"). 2:19-bk-00802 Dkt. No. 20. The Shaver Plaintiffs did not. On January 3, 2020, the Bankruptcy Court issued an Order Staying the Adversary Proceeding. 2:19-ap-00171 Dkt. No. 32.

The Sweet Plaintiffs and Shaver Plaintiffs both made their intentions to proceed in this District Court case by filing their Notices of Intent. The Shaver Plaintiffs' Notice of Intent was filed on July 29, 2019. Dkt. No. 334. The Sweet Plaintiffs' Notice of Intent was filed September 11, 2019. Dkt. No. 347. Until that happened, Brailsford Defendants believed the District Court's proceedings against them were stayed.

While the bankruptcy action was proceeding for Brailsford Defendants, on August 2, 2019, the Court allowed the parties to complete discovery by October 30, 2019. Dkt. No. 337. Despite this deadline, Plaintiffs subsequently disclosed additional discovery on November 20, 2019. On October 22nd, the Court conducted a telephonic hearing regarding a discovery dispute between the parties. The Court ordered Plaintiffs to disclose additional discovery related to

the discovery dispute by November 1, 2019.  Dkt. No. 360.  Since then, and as recent as yesterday, February 5, 2020, the Sweet Plaintiffs continue to produce discovery, despite the Court's previous Orders.  Notwithstanding, because the Stay was in effect and the issues related to the Adversary Proceeding were ongoing, Brailsford Defendants have not had an opportunity to pursue or conduct appropriate discovery to defend the allegations against them.

Accordingly, for good cause shown, Brailsford Defendants respectfully request the Court reopen discovery and enter new discovery deadlines as set forth below:

- Brailsford Defendants' are provided the opportunity to depose Plaintiff Laney Sweet no later than 60 days from the date of the Order granting same.
- Deadline to complete fact discovery, including discovery by subpoena no later than 60 days from the date of the Order granting same; and
- Brailsford Defendants' dispositive motion deadline is extended from February 7, 2020 to 90 days from the date of the Order granting same.

RESPECTFULLY SUBMITTED this 6th day of February, 2020.

**O'CONNOR & DYET, P.C.**

By: */Karen J. Stillwell*
    Daniel J. O'Connor, Jr.
    Karen J. Stillwell
    *Attorneys for Defendants,
    Philip and Corrine Brailsford*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2020, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

| | |
|---|---|
| William A. Richards<br>David E. Wood<br>BASKIN RICHARDS, PLC<br>2901 N. Central Avenue, Suite 1150<br>Phoenix, AZ 85012<br>*Attorneys for Plaintiff Laney Sweet, an individual, on her own behalf and as guardian of Plaintiffs E.S. and N.S., and as representative of the Plaintiff Estate of Daniel Shaver* | Mark J. Geragos<br>Benjamin J. Meiselas<br>GERAGOS & GERAGOS, PC<br>644 S. Figueroa Street<br>Los Angeles, CA 90017<br>*Attorneys for Plaintiff Laney Sweet, an individual, on her own behalf and as guardian of Plaintiffs E.S. and N.S., and as representative of the Plaintiff Estate of Daniel Shaver* |
| Sven K. Budge<br>BUDGE LAW FIRM, PLLC<br>1134 E. University Drive, Suite 121<br>Mesa, AZ 85203<br>*Attorney for Plaintiffs Grady and Norma Shaver* | Kathleen L. Wieneke<br>Christina Retts<br>WIENEKE LAW GROUP, PLC<br>1095 W. Rio Salado Parkway, Suite 209<br>Tempe, AZ 85281<br>*Attorneys for Defendants City of Mesa, Brian Elmore, Christopher Doane, and Bryan Cochran* |
| John T. Masterson<br>Joseph J. Popolizio<br>JONES, SKELTON & HOCHULI, PLC<br>40 N. Central Ave., Suite 2700<br>Phoenix, AZ 85004<br>*Attorneys for Defendant Richard Gomez* | James J. Belanger<br>J. BELANGER LAW, PLLC<br>P.O. Box 447<br>Tempe, AZ 85280<br>*Attorney for Defendant Charles Langley* |

Spencer G. Scharff
SCHARFF, PLC
502 W. Roosevelt Street
Phoenix, AZ 85003
*Attorney for Defendant*
*Charles Langley*

By: */s/Karen Larson*