James J. Belanger, No. 011393
JBELANGER LAW PLLC
PO Box 447
Phoenix, Arizona 85280-0447
(602) 888-6072
jjb@belangerlaw.com

Spencer G. Scharff, No. 028946
SCHARFF PLLC
502 W. Roosevelt Street
Phoenix, Arizona 85003
(602) 739-4417
spencer@scharffplc.com

*Attorneys for Defendant*
Charles Langley

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laney Sweet, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>City of Mesa, et al.,<br><br>    Defendants.<br><br>Grady Shaver, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>City of Mesa, et al.,<br><br>    Defendants. | NO. CV-17-00152-PHX-GMS<br>**LEAD CASE**<br><br>**CONSOLIDATED WITH:**<br>No. CV-17-00715-PHX-GMS<br><br>**MOTION TO SEAL DEFENDANTS' JOINT NOTICE OF SWEET PLAINTIFFS' EXTRAJUDICIAL STATEMENTS** |

Pursuant to LRCiv 5.6(b), Defendants move to file under seal their Joint Notice of Sweet Plaintiffs' Extrajudicial Statements and exhibits ("Joint Notice").

| | |
|---|---|
| 1 | The Court entered a Protective Order on January 5, 2018 (Doc. 111), which allowed the parties to designate certain documents and portions of depositions as confidential. |
| 2 | |
| 3 | |


1    The Court entered a Protective Order on January 5, 2018 (Doc. 111), which allowed the parties to designate certain documents and portions of depositions as confidential.

Documents to be deemed "confidential" under the Protective Order include "private information wherein there exists a reasonable expectation of privacy." The Confidential designation applies to the documents themselves and any documents that describe the contents of the same. Pursuant to the Protective Order, documents and portions of depositions that are designated as confidential must not be made available to parties other than the Court, a named party, counsel of record and their staff, expert witnesses and consultants who have signed an agreement to abide by the Protective Order, and court reporters that are transcribing depositions.

The Joint Notice refers to and includes documents that have been designated as Confidential. Moreover, the Joint Notice highlights extrajudicial statements that Defendants believe violate L.R.Civ. 83.8(a) and will interfere with a fair trial. Filing such statements in a public filing would only further their improper purpose.

For the foregoing reasons, Defendants move this Court for leave to file the Joint Notice of Sweet Plaintiffs' Extrajudicial Statements and exhibits under seal.

Respectfully Submitted this 10th day of June 2020.

**JBELANGER LAW PLLC**

*/s/ James J. Belanger*
James J. Belanger

*/s/ Spencer G. Scharff*
Spencer G. Scharff
**SCHARFF PLLC**

*Attorneys for Defendant Charles Langley*

**WIENEKE LAW GROUP, PLC**

*/s/ Christina Retts (with permission)*
Kathleen L. Wieneke
Christina Retts

*Attorneys for Defendants City of Mesa, Brian Elmore, Christopher Doane, and Bryan Cochran*

**O'CONNOR & DYET, P.C.**

*/s/ Karen Stillwell (with permission)*
Daniel J. O'Connor, Jr.
Karen Stillwell

*Attorneys for Defendants Phillip Brailsford and Corrine Brailsford*

**JONES SKELTON HOCHULI, P.L.C.**

*/s/ John T. Masterson (with permission)*
John T. Masterson
Joseph J. Popolizio

*Attorneys for Defendant Richard Gomez*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2020, I electronically transmitted the above document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

<u>/s/ Spencer G. Scharff</u>