Mark John Geragos (Admitted Pro Hac Vice)
Benjamin Jared Meiselas (Admitted Pro Hac Vice)
**GERAGOS & GERAGOS, PC**
644 South Figueroa Street
Los Angeles, CA 90017
Telephone No. 213-625-3900
Facsimile No. 213-232-3255
Email: mark@geragos.com
　　　　meiselas@geragos.com

William A. Richards #013381
Alan S. Baskin #013155
Shayna G. Stuart #034819
**BASKIN RICHARDS PLC**
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone No. 602-812-7979
Facsimile No. 602-595-7800
E-mail: brichards@baskinrichards.com
　　　　alan@baskinrichards.com
　　　　sstuart@baskinrichards.com
*Attorneys for Plaintiff Laney Sweet, an individual, on her own behalf and as guardian of Plaintiffs E.S. and N.S., and as representative of the Plaintiff Estate of Daniel Shaver*

# IN THE UNITED STATE DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laney Sweet, et al.,<br>　　　　　　Plaintiffs,<br>v.<br>City of Mesa, et al.,<br>　　　　　　Defendants. | Case No. 2:17-cv-00152-PHX-GMS<br>**LEAD CASE**<br><br>**CONSOLIDATED WITH:**<br>Case No. 2:17-cv-00715-PHX-GMS<br><br>**NOTICE OF SERVICE OF DISCOVERY** |
| Grady Shaver, et al.,<br>　　　　　　Plaintiffs,<br>v.<br>City of Mesa, et al.,<br>　　　　　　Defendants. | |

BASKIN RICHARDS PLC
2901 North Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone 602-812-7979
Facsimile 602-595-7800

Pursuant to L.R.Civ. 5.2, Plaintiff Laney Sweet, an individual, on her own behalf and as guardian of Plaintiffs E.S. and N.S., and as representative of the Plaintiff Estate of Daniel Shaver ("Sweet Plaintiffs"), by and through her undersigned counsel, give notice that they served upon counsel on June 11, 2020 via electronic mail the following:

1. Plaintiffs E.S., N.S., and Laney Sweet's Second Supplemental Responses to Defendant City of Mesa's First Request for Production of Documents.

RESPECTFULLY SUBMITTED this 11th day of June, 2020.

BASKIN RICHARDS PLC

/s/ Shayna G. Stuart
William A. Richards
Alan S. Baskin
Shayna G. Stuart
2901 North Central Avenue, Suite 1150
Phoenix, Arizona 85012
*Attorneys for Plaintiffs*

AND

Mark Geragos
Benjamin Meiselas
GERAGOS & GERAGOS, PC
644 S. Figueroa Street
Los Angeles, CA 90017

Grant Woods
GALLAGHER & KENNEDY, PA
2575 E. Camelback Road, Suite 1100
Phoenix, AZ 85016

*Attorneys for Plaintiff Laney Sweet, an individual, on her own behalf and as guardian of Plaintiffs E.S. and N.S., and as representative of the Plaintiff Estate of Daniel Shaver*

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing to:

Kathleen Wieneke
Christina Retts
WIENEKE LAW GROUP, PLC
1095 W. Rio Salado Parkway, Suite 209
Tempe, AZ 85281
*Attorneys for Defendants City of Mesa,*
*Brian Elmore, Christopher Doane,*
*Bryan Cochran, and Richard Gomez*

John T. Masterson
Joseph J. Popolizio
JONES, SKELTON & HOCHULI, PLC
40 N. Central Ave., Suite 2700
Phoenix, AZ 85004
*Attorneys for Defendant Richard Gomez*

Daniel O'Connor
Karen Stillwell
O'CONNOR & DYET, P.C.
7955 S. Priest Drive
Tempe, AZ 85284
*Attorneys for Defendants Philip*
*Brailsford and Corrine Brailsford*

Mark Zukowski
David Potts
Jonathan Barnes
JONES, SKELTON & HOCHULI, PLC
40 N. Central Avenue, Suite 2700
Phoenix, AZ 85004
*Attorney for Defendant La Quinta Holdings*

James Belanger
J. BELANGER LAW PLLC
PO Box 447
Tempe, AZ  85280

Spencer Scharff
SCHARFF PLC
502 W. Roosevelt Street
Phoenix, AZ 85003
*Attorney for Defendant Charles Langley*

Sven K. Budge
BUDGE LAW FIRM, PLLC
1134 E. University Drive, Suite 121
Mesa, AZ 85203
*Attorney for Plaintiffs Grady and Norma Shaver*


/s/ Maria Luque Villa