# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laney Sweet,<br><br>    Plaintiff,<br><br>v.<br><br>City of Mesa, et al.,<br><br>    Defendants.<br>Grady Shaver, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>City of Mesa, et al.,<br><br>    Defendants. | No. CV-17-00152-PHX-GMS<br>**LEAD CASE**<br><br>**CONSOLIDATED WITH:**<br>No. CV-17-00715-PHX-GMS<br><br>**ORDER** |

    Pending before the Court is Plaintiffs' Response to Defendants' Proposed Amended Scheduling Order and Motion for Amended Rule 16 Scheduling Order, (Doc. 477), Motion for Leave to File Sweet Plaintiffs Response to Defendants Proposed Amended Scheduling Order and Motion for Amended Rule 16 Scheduling Order under seal, (Doc. 478), and Motion for Leave to File Reply in Support of their Motion for Amended Rule 16 Scheduling Order Under Seal, (Doc. 486). Also before the Court is Defendants' Motion to Seal Defendants' Joint Opposition to Sweet Plaintiffs' Motion for Amended Rule 16 Scheduling Order. (Doc. 484.)

Finding good cause for the extension, the Court grants Plaintiffs' Motion for Amended Rule 16 Scheduling Order. (Doc. 477.) To the extent that the parties have not accomplished the items set forth in Plaintiffs' Motion, the parties may file for further extension with the Court.

Additionally, as there is good cause appearing, the Court grants the motions to seal. Accordingly,

**IT IS THEREFORE ORDERED** that the Sweet Plaintiffs' Response to Defendants' Proposed Amended Scheduling Order and Motion for Amended Rule 16 Scheduling Order to Complete Discovery and Depositions in Claims against the Langley and Brailsford Defendants (Doc. 477) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Sweet Plaintiffs' Motion for Leave to File Sweet Plaintiffs Response to Defendants Proposed Amended Scheduling Order and Motion for Amended Rule 16 Scheduling Order to Complete Discovery and Depositions in Claims against the Langley and Brailsford Defendants (Doc. 478) is **GRANTED.** The Clerk of Court is directed to file lodged Doc. 479 under seal.

**IT IS FURTHER ORDERED** that Defendants' Motion to Seal Defendants' Joint Opposition to Sweet Plaintiffs' Motion for Amended Rule 16 Scheduling Order (Doc. 484) is **GRANTED.** The Clerk of Court is directed to file lodged Doc. 485 under seal.

**IT IS FURTHER ORDERED** that the Sweet Plaintiffs' Motion for Leave to File Reply in Support of their Motion for Amended Rule 16 Scheduling Order to Complete Discovery and Depositions in Claims Against the Langley and Brailsford Defendants and Exhibits Thereto Under Seal (Doc. 486) is **GRANTED.** The Clerk of Court is directed to file lodged Doc. 487 under seal.

**IT IS FURTHER ORDERED** setting a Telephonic Status Conference for **April 2, 2021 at 10:00 a.m.**, to discuss the current status of the case.

/ / /

/ / /

**IT IS FURTHER ORDERED** that Plaintiffs shall set up a call-in number on or before **noon on Wednesday, March 31, 2021**, and disseminate the information to the parties, including the Court.

Dated this 25th day of March, 2021.

_____
G. Murray Snow
Chief United States District Judge