1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                         **FOR THE DISTRICT OF ARIZONA**

8

9    Laney Sweet,                              No. CV-17-00152-PHX-GMS

10                      Plaintiff,              **LEAD CASE**

11   v.                                        **CONSOLIDATED WITH:**
                                               No. CV-17-00715-PHX-GMS
12   City of Mesa, et al.,
                                               **ORDER**
13                      Defendants.

14   Grady Shaver, et al.

15                      Plaintiffs,

16   v.

17   City of Mesa, et al.,

18                      Defendants.

19

20

21        Pending before the Court is the Sweet Plaintiffs' Response to Defendants' Proposed

22   Amended Scheduling Order and Motion for Amended Rule 16 Scheduling Order, filed

23   under seal.  (Doc. 505.)  As the Court has already granted the Sweet Plaintiffs' Proposed

24   Amended Scheduling Order, (Doc. 504), the Motion is denied as moot.  Accordingly,

25   ///

26   ///

27   ///

28

**IT IS THEREFORE ORDERED** that the Sweet Plaintiffs' Response to Defendants' Proposed Amended Scheduling Order and Motion for Amended Rule 16 Scheduling Order to Complete Discovery and Depositions in Claims Against the Langley and Brailsford Defendants (Doc. 505), filed under seal, is **DENIED** as **moot.**

Dated this 29th day of March, 2021.

G. Murray Snow
Chief United States District Judge