Mark John Geragos (Admitted Pro Hac Vice)
Benjamin Jared Meiselas (Admitted Pro Hac Vice)
**GERAGOS & GERAGOS, PC**
644 South Figueroa Street
Los Angeles, CA 90017
Telephone No. 213-625-3900
Facsimile No. 213-232-3255
Email: mark@geragos.com
        meiselas@geragos.com

William A. Richards #013381
Shayna G. Stuart #034819
**RICHARDS & MOSKOWITZ PLC**
1850 N. Central Ave., Suite 2010
Phoenix, AZ 85004
Telephone No. 602-595-7800
Facsimile No. 602-812-7995
E-mail: brichards@rmazlaw.com
      sstuart@rmazlaw.com

*Attorneys for Plaintiff Laney Sweet, an individual, on her own behalf and as guardian of Plaintiffs E.S. and N.S., and as representative of the Plaintiff Estate of Daniel Shaver*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laney Sweet, et al., <br><br>            Plaintiffs, <br><br>v. <br><br>City of Mesa, et al., <br><br>           Defendants. | Case No. 2:17-cv-00152-PHX-GMS <br>**LEAD CASE** <br><br>**CONSOLIDATED WITH:** <br>Case No. 2:17-cv-00715-PHX-GMS <br><br>**NOTICE OF SERVICE OF DISCOVERY** |
| Grady Shaver, et al., <br><br>            Plaintiffs, <br><br>v. <br><br>City of Mesa, et al., <br><br>           Defendants. | |

Pursuant to L.R.Civ. 5.2, Plaintiff Laney Sweet, an individual, on her own behalf and as guardian of Plaintiffs E.S. and N.S., and as representative of the Plaintiff Estate of Daniel Shaver ("Sweet Plaintiffs"), by and through her undersigned counsel, give notice that they served upon counsel on April 1, 2021 via electronic mail the following:

1. Plaintiff Laney Sweet's First Amended Responses to Defendant City of Mesa's Second Interrogatories;
2. Plaintiffs E.S., N.S., and Laney Sweet's Fifth Amended Responses to Brailsford Defendants' Second Set of Non-Uniform Interrogatories;
3. Plaintiff Laney Sweet's First Amended Responses to Brailsford Defendant's Interrogatories (First Set); and
4. Plaintiffs E.S., N.S., and Laney Sweet's First Amended Responses to Defendant City of Mesa's First Request for Production of Documents.

RESPECTFULLY SUBMITTED this 1st day of April, 2021.

RICHARDS & MOSKOWITZ PLC

 /s/ Shayna G. Stuart
William A. Richards
Shayna G. Stuart
1850 N. Central Avenue, Suite 2010
Phoenix, AZ  85004

AND

GERAGOS & GERAGOS, PC
Mark Geragos
Benjamin Meiselas
644 S. Figueroa Street
Los Angeles, CA 90017

GALLAGHER & KENNEDY, PA
Grant Woods
2575 E. Camelback Road, Suite 1100
Phoenix, AZ  85016

2

RICHARDS & MOSKOWITZ PLC
1850 N. Central Avenue, Suite 2010
Phoenix, Arizona 85004
Telephone 602-595-7800
Facsimile 602-812-7995

*Attorneys for Plaintiff Laney Sweet, an individual, on her own behalf and as guardian of Plaintiffs E.S. and N.S., and as representative of the Plaintiff Estate of Daniel Shaver*

# CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing to:

Kathleen Wieneke
Christina Retts
WIENEKE LAW GROUP, PLC
1095 W. Rio Salado Parkway, Suite 209
Tempe, AZ 85281
*Attorneys for Defendants City of Mesa, Brian Elmore, Christopher Doane, and Bryan Cochran*

John T. Masterson
Joseph J. Popolizio
JONES, SKELTON & HOCHULI, PLC
40 N. Central Ave., Suite 2700
Phoenix, AZ 85004
*Attorneys for Defendant Richard Gomez*

Daniel O'Connor
Karen Stillwell
O'CONNOR & DYET, P.C.
7955 S. Priest Drive
Tempe, AZ 85284
*Attorneys for Defendants Philip Brailsford and Corrine Brailsford*

Mark Zukowski
David Potts
Jonathan Barnes
JONES, SKELTON & HOCHULI, PLC
40 N. Central Avenue, Suite 2700
Phoenix, AZ 85004
*Attorney for Defendant La Quinta Holdings*

James Belanger
J. BELANGER LAW PLLC
PO Box 447
Tempe, AZ 85280

4

Spencer Scharff
SCHARFF PLC
502 W. Roosevelt Street
Phoenix, AZ 85003
*Attorney for Defendant Charles Langley*

Sven K. Budge
BUDGE LAW FIRM, PLLC
1134 E. University Drive, Suite 121
Mesa, AZ 85203
*Attorney for Plaintiffs Grady and Norma Shaver*


/s/ Maria Luque Villa