Daniel J. O'Connor, Jr., Bar No. 010081
Karen J. Stillwell, Bar No. 022711
**O'CONNOR & DYET, P.C.**
7955 South Priest Drive
Tempe, Arizona  85284
daniel.oconnor@occlaw.com
karen.stillwell@occlaw.com
(602) 241-7000

*Attorneys for Defendants Philip and Corrine Brailsford*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laney Sweet, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> City of Mesa, et al. <br><br> Defendants. | Case No.: 17-cv-00152-GMS <br> **LEAD CASE** <br><br> **CONSOLIDATED WITH:** <br> Case No.: 17-cv-00715-GMS <br><br> **NOTICE OF SERVICE OF BRAILSFORD DEFENDANTS' SEVENTH SUPPLEMENTAL RULE 26(a)(1) DISCLOSURE STATEMENT** |
| Grady Shaver, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> City of Mesa, et al. <br><br> Defendants. | |

Defendants Philip and Corrine Brailsford hereby give notice that they have served upon all counsel on this date, via email, their Seventh Supplemental Rule 26(a)(1) Disclosure Statement.

Dated: April 12, 2021.

**O'CONNOR & DYET, P.C.**


By: */s/ Karen J. Stillwell*
    Daniel J. O'Connor, Jr.
    Karen J. Stillwell
    *Attorneys for Defendants*
    *Philip and Corrine Brailsford*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2021, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

| | |
|---|---|
| William A. Richards<br>Shayna G. Stuart<br>RICHARDS & MOSKOWIEZ PLC<br>1850 N. Central Ave., Suite 2010<br>Phoenix, AZ 85004<br>brichards@rmazlaw.com<br>sstuart@rmazlaw.com<br>*Attorneys for Sweet Plaintiffs* | Mark J. Geragos<br>Benjamin J. Meiselas<br>GERAGOS & GERAGOS, PC<br>644 S. Figueroa Street<br>Los Angeles, CA 90017<br>mark@geragos.com<br>meiselas@geragos.com<br>*Attorneys for Sweet Plaintiffs* |
| Grant Woods<br>GALLAGHER & KENNEDY<br>2575 E. Camelback Rd., Suite 1100<br>Phoenix, AZ 85016<br>Grant.woods@gknet.com<br>*Attorneys for Sweet Plaintiffs* | John T. Masterson<br>Joseph J. Poplizio<br>JONES, SKELTON & HOCHULI, PLC<br>40 N. Central Ave., Suite 2700<br>Phoenix, AZ 85004<br>jmasterson@jshfirm.com<br>jpopolizio@jshfirm.com<br>*Attorneys for Defendant Richard Gomez* |


| | |
|---|---|
| Sven K. Budge<br>BUDGE LAW FIRM, PLLC<br>1134 E. University Drive, Suite 121<br>Mesa, AZ 85203<br>sbudge@budgelawfirm.com<br>*Attorney for Plaintiffs Grady and Norma Shaver* | James J. Belanger<br>J. BELANGER LAW, PLLC<br>P.O. Box 447<br>Tempe, AZ 85280<br>jjb@jbelangerlaw.com<br>*Attorney for Defendant Langley* |
| Kathleen L. Wieneke<br>Christina Retts<br>WIENEKE LAW GROUP, PLC<br>1095 W. Rio Salado Parkway, Suite 209<br>Tempe, AZ 85281<br>kwieneke@wienekelawgroup.com<br>cretts@wienekelawgroup.com<br>*Attorneys for Defendants City of Mesa, Brian Elmore, Christopher Doane, Bryan Cochran* | Spencer G. Scharff<br>SCHARFF, PLC<br>502 W. Roosevelt Street<br>Phoenix, AZ 85003<br>spencer@scharffplc.com<br>*Attorney for Defendant Langley* |

By: */s/ Dara J. Wilson*