**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laney Sweet,<br><br>        Plaintiff,<br><br>v.<br><br>City of Mesa, et al.,<br><br>        Defendants.<br>Grady Shaver, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>City of Mesa, et al.,<br><br>        Defendants. | No. CV-17-00152-PHX-GMS<br>**LEAD CASE**<br><br>**CONSOLIDATED WITH:**<br>No. CV-17-00715-PHX-GMS<br><br>**ORDER** |

Before the Court is the Sweet Plaintiffs' Motion to Strike or Not Consider New Arguments and Facts in the Defendants' Joint Supplemental Filing Regarding Notice of Sweet Plaintiffs' Extrajudicial Statements (Doc. 475). For the following reasons, the Motion is denied, and Plaintiffs are permitted to file a sur-reply within 7 days of the date of this filing.

Because Defendants' reply, (Doc. 473), can be characterized as responsive to arguments raised by Plaintiffs but also relies on substantially different or new evidence, Plaintiffs are permitted to file a sur-reply. The sur-reply may address only those new topics and evidence outlined in Plaintiffs' Motion to Strike. (Doc. 475 at 2–3.)

**IT IS THEREFORE ORDERED** that the Sweet Plaintiffs' Motion to Strike is **DENIED.**

**IT IS FURTHER ORDERED** that the Sweet Plaintiffs may file a Sur-Reply to Defendants' Joint Supplemental Filing Regarding Notice of Sweet Plaintiffs' Extrajudicial Statements (Doc. 473) within **7 days** of the filing of this Order.

**IT IS FURTHER ORDERED** that the Sweet Plaintiffs' Motion for Leave to File Motion to Strike or Not Consider New Arguments in the Defendants' Joint Supplemental Filing Regarding Notice of Sweet Plaintiffs' Extrajudicial Statements and Exhibits A and B Attached Thereto Under Seal (Doc. 474) is **GRANTED.** The Clerk of the Court is directed to file under seal the lodged Motion to Strike or Not Consider New Arguments in the Defendants' Joint Supplemental Filing Regarding Notice of Sweet Plaintiffs' Extrajudicial Statements. (Doc. 475.)

**IT IS FURTHER ORDERED** that Defendants' Motion to Seal Joint Opposition to Sweet Plaintiffs' Motion to Strike (Doc. 480) is **GRANTED.** The Clerk of the Court is directed to file under seal the lodged Defendants' Joint Opposition to Sweet Plaintiffs' Motion to Strike. (Doc. 481.)

**IT IS FURTHER ORDERED** that the Sweet Plaintiffs' Motion for Leave to File Reply in Support of their Motion to Strike or Not Consider New Arguments in Defendants' Joint Supplemental Filing Regarding Notice of Sweet Plaintiffs' Extrajudicial Statements Under Seal (Doc. 482) is **GRANTED.** The Clerk of the Court is directed to file under seal the lodged Reply in Support of Motion to Strike or Not Consider New Arguments in the Defendants' Joint Supplemental Filing Regarding Notice of Sweet Plaintiffs' Extrajudicial Statements. (Doc. 483.)

Dated this 12th day of May, 2021.

_G. Murray Snow_
Chief United States District Judge

cc: All Counsel