Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
WIENEKE LAW GROUP PLC
1095 West Rio Salado Parkway, Suite 209
Tempe, AZ 85281
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com

*Attorneys for Defendants City of Mesa, Brian Elmore, Christopher Doane and Bryan Cochran*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Laney Sweet, an individual, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>City of Mesa, et al.,<br><br>    Defendants.<br><br>Grady Shaver, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>City of Mesa, et al.,<br><br>    Defendants. | NO. 2:17-cv-00152-GMS<br>**LEAD CASE**<br><br>**CONSOLIDATED WITH:**<br>NO. 2:17-cv-00715-GMS<br><br>**DEFENDANTS' MOTION FOR A SECOND SETTLEMENT CONFERENCE AND APPOINTMENT OF GUARDIAN AD LITEM FOR MINOR CHILDREN FOR SETTLEMENT CONFERENCE** |

Defendants, by and through their respective counsel, hereby request this Court set a second settlement conference with all parties and, pursuant to Fed. R. Civ. P. 17(c) appoint a Guardian Ad Litem to protect the best interests of the minor children during the settlement discussions.

"The purpose of Rule 17(c) is to protect an incompetent person's interests in prosecuting or defending a lawsuit." *Davis v. Walker*, 745 F.3d 1303, 1310 (9th Cir.

2013). A district court has broad discretion to fashion appropriate safeguards that will protect an incompetent person's interests. *United States v. 30.64 Acres of Land*, 795 F.2d 796, 805 (9th Cir. 1986) ("Fed. R. Civ. P. 17(c) requires a court to take whatever measures it deems proper to protect an incompetent person during litigation.").

Ms. Sweet was not married to Mr. Shaver at the time of his death and asserts common law marriage status only. Her status as a legal heir has not been determined. This Court has previously addressed attorney loans in connection with this case, which raise potential economic conflicts between Ms. Sweet and her children. Recently, on April 30, 2021, approximately 9000 emails and attachments were produced by Ms. Sweet's counsel, which include additional material (and will be separately addressed before this Court). These recently-produced documents raise additional concerns regarding the apparent economic conflicts between Ms. Sweet and the minor children in settling this matter.

Given Ms. Sweet's unsettled standing to pursue her claim, a Guardian Ad Litem would ensure that there is no conflict in negotiations, to include the potential resolution of the children's claims separate and apart from Ms. Sweet's uncertain claim. *See Geddes v. Cessna Aircraft Co.*, 881 F. Supp. 94 (E.D.N.Y. 1995) (appointing a guardian ad litem in light of conflict of interest between surviving spouse and children in connection with distribution of wrongful death proceeds arising from airplane crash); *see also* Wright & Miller, 6A Federal Practice and Procedure, supra, § 1570 (noting that [c]ourts, both state and federal, always have had the power to appoint special representatives" where a minor "has a general representative who refuses to act or whose own interests conflict with those of the person being represented.").

DATED this 27th day of May 2021.

                        WIENEKE LAW GROUP, PLC

By: */s/ Christina Retts*
Kathleen L. Wieneke
Christina Retts
1095 West Rio Salado Parkway, Suite 209
Tempe, Arizona 85281
*Attorneys for Defendants City of Mesa, Brian Elmore, Christopher Doane and Bryan Cochran*

                        O'CONNOR & DYET, P.C.

By: */s/ Daniel O'Connor, Jr. (w/ permission)*
Daniel J. O'Connor, Jr.
Karen J. Stillwell
7955 South Priest Drive
Tempe, Arizona 85284
*Attorneys for Defendants Philip and Corrine Brailsford*

                        JONES, SKELTON & HOCHULI, PLC

By: */s/ John T. Masterson (w/ permission)*
John T. Masterson
Joseph J. Popolizio
40 N. Central Ave., Suite 2700
Phoenix, AZ 85004
*Attorneys for Defendant Richard Gomez*

                        SCHARFF, PLC

By: */s/ Spencer G. Scharff (w/ permission)*
Spencer G. Scharff
502 W. Roosevelt Street
Phoenix, AZ 85003

James J. Belanger
J. BELANGER LAW, PLLC
P.O. Box 447
Tempe, AZ 85280

*Attorneys for Defendant Langley*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 27, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| William August Richards | Brichards@rmazlaw.com |
| Shayna Gabrielle Stuart | SStuart@rmazlaw.com |
| | |
| Mark John Geragos | mark@geragos.com |
| Benjamin Meiselas | ben@geragos.com |
| | |
| Grant Woods | grant.woods@gknet.com |
| | |
| John T. Masterson | jmasterson@jshfirm.com |
| Joseph J. Popolizio | jpopolizio@jshfirm.com |
| | |
| Daniel J O'Connor | caseadmin@occlaw.com |
| Karen Stillwell | Karen.Stillwell@occlaw.com |
| | |
| Mark D Zukowski | mzukowski@jshfirm.com |
| David Calvin Potts | dpotts@jshfirm.com |
| Jonathan Barnes | jbarnes@jshfirm.com |
| | |
| James J Belanger: | jjb@jbelangerlaw.com, |
| | |
| Spencer Garrett Scharff | scharff@scharffplc.com |
| | |
| Sven Kortne Budge | sbudge@budgelawfirm.com |

    I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:   N/A.

By:   */s/ Mica Mahler*