Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
WIENEKE LAW GROUP PLC
1095 West Rio Salado Parkway, Suite 209
Tempe, AZ 85281
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com

*Attorneys for Defendants City of Mesa, Brian Elmore, Christopher Doane and Bryan Cochran*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Laney Sweet, an individual, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>City of Mesa, et al.,<br><br>    Defendants. | NO. 2:17-cv-00152-GMS<br>**LEAD CASE**<br><br>**CONSOLIDATED WITH:**<br>NO. 2:17-cv-00715-GMS<br><br>**NOTICE OF SETTLEMENT OF SHAVER PLAINTIFFS ONLY** |
| Grady Shaver, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>City of Mesa, et al.,<br><br>    Defendants. | |

Defendants City of Mesa—on behalf of all named Defendants including Brian Elmore, Christopher Doane, Richard Gomez, Bryan Cochran, Mitchell Brailsford, Charles Langley ("Defendants")—hereby provide notice to the Court and all interested parties that the above captioned matter has settled as to Plaintiffs Grady and Norma Shavers' claims **only**. A Stipulation and Order for Dismissal with Prejudice will be forthcoming.

DATED this 28th day of May 2021.

                        WIENEKE LAW GROUP, PLC

By: */s/ Christina Retts*
     Kathleen L. Wieneke
     Christina Retts
     1095 West Rio Salado Parkway, Suite 209
     Tempe, Arizona 85281
     *Attorneys for Defendants City of Mesa, Brian Elmore, Christopher Doane and Bryan Cochran*

# CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| William August Richards | Brichards@rmazlaw.com |
| Shayna Gabrielle Stuart | SStuart@rmazlaw.com |
| | |
| Mark John Geragos | mark@geragos.com |
| Benjamin Meiselas | ben@geragos.com |
| | |
| Grant Woods | grant.woods@gknet.com |
| | |
| John T. Masterson | jmasterson@jshfirm.com |
| Joseph J. Popolizio | jpopolizio@jshfirm.com |
| | |
| Daniel J O'Connor | caseadmin@occlaw.com |
| Karen Stillwell | Karen.Stillwell@occlaw.com |
| | |
| Mark D Zukowski | mzukowski@jshfirm.com |
| David Calvin Potts | dpotts@jshfirm.com |
| Jonathan Barnes | jbarnes@jshfirm.com |
| | |
| James J Belanger: | jjb@jbelangerlaw.com, |
| | |
| Spencer Garrett Scharff | scharff@scharffplc.com |
| | |
| Sven Kortne Budge | sbudge@budgelawfirm.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:   N/A.

By:   */s/ Mica Mahler*