1   Daniel J. O'Connor, Jr., Bar No. 010081
    Karen J. Stillwell, Bar No. 022711
2   **O'CONNOR & DYET, P.C.**
3   7955 South Priest Drive
    Tempe, Arizona   85284
4   daniel.oconnor@occlaw.com
    karen.stillwell@occlaw.com
5   (602) 241-7000
6
    *Attorneys for Defendants Philip and Corrine Brailsford*
7

8   **IN THE UNITED STATES DISTRICT COURT**

9   **FOR THE DISTRICT OF ARIZONA**

10

11  Laney Sweet, et al.,                        Case No.: 17-cv-00152-GMS
                                                **LEAD CASE**
12                        Plaintiffs,
13        vs.                                   **CONSOLIDATED WITH:**
                                                Case No.: 17-cv-00715-GMS
14  City of Mesa, et al.
15                                              **BRAILSFORD DEFENDANTS'**
                          Defendants.           **NOTICE OF INTENT TO SERVE**
16  _____            **SUBPOENA TO PRODUCE**
    Grady Shaver, et al.                        **DOCUMENTS**
17
18                        Plaintiffs,
19        vs.
20  City of Mesa, et al.
21
22                        Defendants.
23
            NOTICE IS HEREBY GIVEN that pursuant to Rule 45(a)(4), Fed. R. Civ. P.,
24
    Defendants Philip and Corrine Brailsford, intend to serve a Subpoena to Produce
25
    Documents, upon the following:
26

1.      Mark and Jennifer Daigle

A copy of the Subpoena has been provided to counsel this same date.

Dated: June 1, 2021.

**O'CONNOR & DYET, P.C.**


By: */s/ Karen J. Stillwell*
        Daniel J. O'Connor, Jr.
        Karen J. Stillwell
        *Attorneys for Defendants*
        *Philip and Corrine Brailsford*


## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2021, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System.   A Notice of Electronic Filing will be served to the following registered participants:

William A. Richards
Shayna G. Stuart
RICHARDS & MOSKOWIEZ PLC
1850 N. Central Ave., Suite 2010
Phoenix, AZ 85004
brichards@rmazlaw.com
sstuart@rmazlaw.com
*Attorneys for Sweet Plaintiffs*

Mark J. Geragos
Benjamin J. Meiselas
GERAGOS & GERAGOS, PC
644 S. Figueroa Street
Los Angeles, CA 90017
mark@geragos.com
meiselas@geragos.com
*Attorneys for Sweet Plaintiffs*

Grant Woods
GALLAGHER & KENNEDY
2575 E. Camelback Rd., Suite 1100
Phoenix, AZ 85016
Grant.woods@gknet.com
*Attorneys for Sweet Plaintiffs*

John T. Masterson
Joseph J. Poplizio
JONES, SKELTON & HOCHULI, PLC
40 N. Central Ave., Suite 2700
Phoenix, AZ 85004
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
*Attorneys for Defendant Richard Gomez*

- 3 -

1   Sven K. Budge                                James J. Belanger
2   BUDGE LAW FIRM, PLLC                          J. BELANGER LAW, PLLC
    1134 E. University Drive, Suite 121           P.O. Box 447
3   Mesa, AZ 85203                                Tempe, AZ 85280
    sbudge@budgelawfirm.com                       jjb@jbelangerlaw.com
4   *Attorney for Plaintiffs Grady and Norma*     *Attorney for Defendant Langley*
5   *Shaver*

6   Kathleen L. Wieneke                           Spencer G. Scharff
    Christina Retts                               SCHARFF, PLC
7   WIENEKE LAW GROUP, PLC                        502 W. Roosevelt Street
8   1095 W. Rio Salado Parkway, Suite 209         Phoenix, AZ 85003
    Tempe, AZ 85281                               spencer@scharffplc.com
9   kwieneke@wienekelawgroup.com                  *Attorney for Defendant Langley*
10  cretts@wienekelawgroup.com
    *Attorneys for Defendants City of Mesa,*
11  *Brian Elmore, Christopher Doane, Bryan*
    *Cochran*
12

13
    By: */s/ Dara J. Wilson*
14

15

16

17

18

19

20

21

22

23

24

25

26