# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laney Sweet,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>City of Mesa, et al.,<br><br>　　　　　Defendants.<br>Grady Shaver, et al.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>City of Mesa, et al.,<br><br>　　　　　Defendants. | No. CV-17-00152-PHX-GMS<br>**LEAD CASE**<br><br>**CONSOLIDATED WITH:**<br>No. CV-17-00715-PHX-GMS<br><br>**ORDER** |

The Court has been advised that this case has settled as to Plaintiffs Grady and Norma Shavers' claims **only** (Doc. 540).

IT IS THEREFORE ORDERED that this matter will, without further Order of this Court be dismissed as to Plaintiffs Grady and Norma Shavers' claims only within 30 days of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED directing the Clerk of Court to terminate this matter as to Plaintiffs' Grady and Norma Shavers **only** on **July 6, 2021** without further leave of Court.

Dated this 3rd day of June, 2021.

*G. Murray Snow*
G. Murray Snow
Chief United States District Judge