Mark John Geragos (Admitted Pro Hac Vice)
Benjamin Jared Meiselas (Admitted Pro Hac Vice)
**GERAGOS & GERAGOS, PC**
644 South Figueroa Street
Los Angeles, CA 90017
Telephone No. 213-625-3900
Facsimile No. 213-232-3255
Email:  mark@geragos.com
            meiselas@geragos.com

William A. Richards #013381
Shayna G. Stuart #034819
**RICHARDS & MOSKOWITZ PLC**
1850 N. Central Ave., Suite 2010
Phoenix, AZ 85004
Telephone No. 602-595-7800
Facsimile No. 602-812-7995
E-mail:  brichards@rmazlaw.com
             sstuart@rmazlaw.com
*Attorneys for Plaintiff Laney Sweet, an individual, on her
own behalf and as guardian of Plaintiffs E.S. and N.S.,
and as representative of the Plaintiff Estate of Daniel Shaver*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laney Sweet, et al., <br><br> Plaintiffs, <br><br> v. <br><br> City of Mesa, et al., <br><br> Defendants. | Case No.  2:17-cv-00152-PHX-GMS <br><br> **JOINT STIPULATION TO EXTEND DEADLINES FOR ADDITIONAL BRIEFING ON WORK PRODUCT PROTECTION** |

The Parties hereby stipulate to a one-week extension to the deadlines for the parties to submit their additional briefs regarding the work product protection. As the Court is aware, the Court's Order [Doc. 642] requested additional briefing on the work product protection and set the deadline for the Sweet Plaintiffs' additional brief for Tuesday, November 2, 2021 and the

RICHARDS & MOSKOWITZ PLC
1850 N. Central Avenue, Suite 2010
Phoenix, Arizona 85004
Telephone 602-595-7800
Facsimile 602-812-7995

Brailsford Defendants' Response brief deadline as Tuesday, November 9, 2021. The Court set oral argument on this matter for Monday, November 29, 2021.

Good cause exists for the parties requested one-week extension due to the Sweet Plaintiffs' counsels' conflicting deadlines. Therefore, the Parties have conferred and stipulate to extend the deadline for the Sweet Plaintiffs to file their additional brief on the work product protection to Tuesday, November 9, 2021. The Parties similarly stipulate to extend the deadline for the Brailsford Defendants to file their response to the Sweet Plaintiffs' additional brief on the work product protection to Tuesday, November 16, 2021.

The parties have lodged an appropriate form of Order to confirm the extended deadline.

RESPECTFULLY SUBMITTED this 29th day of October, 2021.

RICHARDS & MOSKOWITZ PLC

 /s/ Shayna G. Stuart
William A. Richards
Shayna G. Stuart
1850 N. Central Avenue, Suite 2010
Phoenix, AZ  85004

AND

GERAGOS & GERAGOS, PC
Mark Geragos
Benjamin Meiselas
644 S. Figueroa Street
Los Angeles, CA 90017

*Attorneys for Plaintiff Laney Sweet, an individual, on her own behalf and as guardian of Plaintiffs E.S. and N.S., and as representative of the Plaintiff Estate of Daniel Shaver*

RICHARDS & MOSKOWITZ PLC
1850 N. Central Avenue, Suite 2010
Phoenix, Arizona 85004
Telephone 602-595-7800
Facsimile 602-812-7995

O'CONNOR & DYET, P.C.

/s/ Danny O'Connor III (with permission)
Daniel O'Connor
Daniel O'Connor III
7955 S. Priest Drive
Tempe, AZ 85284
*Attorneys for Defendants Philip Brailsford and Corrine Brailsford*

# CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing to:

Kathleen Wieneke
Christina Retts
WIENEKE LAW GROUP, PLC
1095 W. Rio Salado Parkway, Suite 209
Tempe, AZ 85281
*Attorneys for Defendants City of Mesa,
Brian Elmore, Christopher Doane, and
Bryan Cochran*

John T. Masterson
Joseph J. Popolizio
JONES, SKELTON & HOCHULI, PLC
40 N. Central Ave., Suite 2700
Phoenix, AZ 85004
*Attorneys for Defendant Richard Gomez*

Daniel O'Connor
Daniel O'Connor III
O'CONNOR & DYET, P.C.
7955 S. Priest Drive
Tempe, AZ 85284
*Attorneys for Defendants Philip
Brailsford and Corrine Brailsford*

Mark Zukowski
David Potts
Jonathan Barnes
JONES, SKELTON & HOCHULI, PLC
40 N. Central Avenue, Suite 2700
Phoenix, AZ 85004
*Attorney for Defendant La Quinta Holdings*

James Belanger
J. BELANGER LAW PLLC
PO Box 447
Tempe, AZ  85280

Spencer Scharff
SCHARFF PLC
502 W. Roosevelt Street
Phoenix, AZ 85003
*Attorney for Defendant Charles Langley*

/s/ Maria Luque Villa