Mark John Geragos (Admitted Pro Hac Vice)
Benjamin Jared Meiselas (Admitted Pro Hac Vice)
**GERAGOS & GERAGOS, PC**
644 South Figueroa Street
Los Angeles, CA 90017
Telephone No. 213-625-3900
Facsimile No. 213-232-3255
Email:  mark@geragos.com
            meiselas@geragos.com

William A. Richards #013381
Shayna G. Stuart #034819
**RICHARDS & MOSKOWITZ PLC**
1850 N. Central Ave., Suite 2010
Phoenix, AZ 85004
Telephone No. 602-595-7800
Facsimile No. 602-812-7995
E-mail:  brichards@rmazlaw.com
            sstuart@rmazlaw.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laney Sweet, et al., <br><br> Plaintiffs, <br><br> v. <br><br> City of Mesa, et al., <br><br> Defendants. | Case No.  2:17-cv-00152-PHX-GMS <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that Plaintiffs Laney Sweet, appearing as an individual and on behalf of E.S., N.S., and the Estate of Daniel Shaver ("Plaintiffs") in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from: (1) the District Court's Amended Order, granting Defendant LQ Management L.L.C.'s Motion for Summary Judgment entered in this action on the 21st day of December, 2021 [Doc. 339]; (2) the District Court Order, granting Defendant LQ Management L.L.C.'s Motion for Rule 54(b) Certification

1 | entered in this action on the 19th day of April, 2022. [Doc. 701].

2

3 |         RESPECTFULLY SUBMITTED this 18th day of May, 2022.

4

5 |                                  RICHARDS & MOSKOWITZ PLC

6

7 |                                   /s/ Shayna G. Stuart
                                     William A. Richards
8 |                                  Shayna G. Stuart
                                     1850 N. Central Avenue, Suite 2010
9 |                                  Phoenix, AZ  85004

10

11 |                                 AND

12 |                                 GERAGOS & GERAGOS, PC
                                    Mark Geragos
13 |                                 Benjamin Meiselas
                                    644 S. Figueroa Street
14 |                                 Los Angeles, CA 90017

15

16 |                                 *Attorneys for Plaintiff Laney Sweet, an individual,*
17 |                                 *on her own behalf and as guardian of Plaintiffs E.S.*
                                    *and N.S., as representative of the Plaintiff Estate*
18 |                                 *of Daniel Shaver*

19

20

21

22

23

24

25

26

27

28

Richards & Moskowitz plc
1850 N. Central Avenue, Suite 2010
Phoenix, Arizona 85004
Telephone 602-595-7800
Facsimile 602-812-7995

2

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on May 18, 2022, I electronically transmitted the attached
3 document to the Clerk's Office using the CM/ECF system for filing to:

4  Kathleen Wieneke
5  Christina Retts
   WIENEKE LAW GROUP, PLC
6  1225 West Washington Street, Suite 313
7  Tempe, AZ 85281
   *Attorneys for Defendants City of Mesa,*
8  *Brian Elmore, Christopher Doane,*
9  *and Bryan Cochran*

10 John T. Masterson
11 Joseph J. Popolizio
   JONES, SKELTON & HOCHULI, PLC
12 40 N. Central Ave., Suite 2700
13 Phoenix, AZ 85004
   *Attorneys for Defendant Richard Gomez*
14

15 Daniel O'Connor
   Daniel Joseph O' Connor III
16 O'CONNOR & DYET, P.C.
17 7955 S. Priest Drive
   Tempe, AZ 85284
18 *Attorneys for Defendants Philip*
19 *Brailsford and Corrine Brailsford*

20
   Mark Zukowski
21 David Potts
   JONES, SKELTON & HOCHULI, PLC
22 40 N. Central Avenue, Suite 2700
23 Phoenix, AZ 85004
   *Attorney for Defendant La Quinta Holdings*
24

25

26

27

28

RICHARDS & MOSKOWITZ PLC
1850 N. Central Avenue, Suite 2010
Phoenix, Arizona 85004
Telephone 602-595-7800
Facsimile 602-812-7995

Lori V. Berke
Stacey F. Gottlieb
Jody C. Corbett
Berke Law Firm, PLLC
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006
*Attorneys for Defendant Charles Langley*

/s/ Nicole Rynearson

RICHARDS & MOSKOWITZ PLC
1850 N. Central Avenue, Suite 2010
Phoenix, Arizona 85004
Telephone 602-595-7800
Facsimile 602-812-7995

4