| | |
|---|---|
| William A. Richards #013381 | Mark John Geragos (Admitted Pro Hac Vice) |
| **RICHARDS & MOSKOWITZ PLC** | Benjamin Jared Meiselas (Admitted Pro Hac Vice) |
| 1850 N. Central Ave., Suite 2010 | **GERAGOS & GERAGOS, PC** |
| Phoenix, AZ 85004 | 644 South Figueroa Street |
| Telephone No. 602-595-7800 | Los Angeles, CA 90017 |
| Facsimile No. 602-812-7995 | Telephone No. 213-625-3900 |
| E-mail: brichards@rmazlaw.com | Facsimile No. 213-232-3255 |
| *Attorney for Plaintiffs* | Email: mark@geragos.com |
| | meiselas@geragos.com |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Laney Sweet, et al., | Case No. 2:17-cv-00152-PHX-GMS |
| Plaintiffs, | |
| v. | **PLAINTIFFS' NOTICE OF SETTLEMENT** |
| City of Mesa, et al., | |
| Defendants. | |

Plaintiff Laney Sweet, for herself and as the mother and guardian of Plaintiffs N.S. ("N.S.") and E.S. ("E.S."), and as personal representative of the Plaintiff Estate of Daniel Shaver (collectively the "Sweet Plaintiffs"), hereby notifies the Court that:

(1) the parties to this action have agreed to terms for settlement of all claims of the Plaintiffs following a mediation held before Roxanne Ashe of the U.S. Court of Appeals for the Ninth Circuit on July 22, 2022; and the settlement will, when approved by this Court, allow for dismissal with prejudice of all claims in this matter, as well as the claims in the related adversary proceeding by the Sweet Plaintiffs against the Brailsford Defendants, U.S. Bankruptcy Court, District of Arizona Case No. 2:19-bk-00802-BKM, and the three pending interlocutory appeals in Ninth Circuit Case Nos. 22-15269 (Sweet v. Brailsford), 22-15271 (Sweet v. Langley) and 22-15771 (Sweet v. LQ Management, L.L.C.);

(2) as required by Arizona state law, Plaintiff Laney Sweet petitioned the Superior Court of the State of Arizona, In and For the County of Maricopa, through an action before its

Probate Court to: (a) approve the terms of the settlement on behalf of the minor Sweet Plaintiffs, N.S. and E.S. (the "Minors"), including the specific provisions for investment of settlement proceeds to be distributed to the Minors; and (b) appoint a temporary conservator to execute all agreements required for the Minors' investments of settlement proceeds and required to execute releases of the Minors' claims in this action; and

(3) the Probate Court has, at a hearing yesterday, November 21, 2022, approved the settlement and the Minors' investments, as well as appointment of the temporary conservator, with final orders and letters immediately forthcoming.

The general terms of settlement include, among other matters, an $8 million payment to Plaintiffs Laney Sweet and the Minors from the insurer for the Mesa Defendants (the City of Mesa and Defendants Charles Langley and Jane Doe Langley, Philip Mitchell Brailsford and Corrine Brailsford, Bryan Cochran and Jane Doe Cochran, Brian Elmore and Jane Doe Elmore, Richard Gomez and Jane Doe Gomez, and Christopher Doane and Jane Doe Doane). The Plaintiffs shall work with counsel for the Defendants in this action to expeditiously submit a further petition for approval of the Minors' compromise in accordance with Rule 17(c), Fed.R.Civ.P., and dismissal of all claims with prejudice. Counsel for the Sweet Plaintiffs and counsel for the Mesa Defendants have consulted the Court's staff regarding the appropriate process to complete the Rule 17(c) approval and dismissal of all claims, and will cooperate with requests for further submissions should the Court so require after it has reviewed the forthcoming Rule 17(c) petition filing.

RESPECTFULLY SUBMITTED this 22nd day of November, 2022.

RICHARDS & MOSKOWITZ PLC

 /s/ William A. Richards
William A. Richards
1850 N. Central Avenue, Suite 2010
Phoenix, AZ  85004

AND

GERAGOS & GERAGOS, PC
Mark Geragos
Benjamin Meiselas
644 S. Figueroa Street
Los Angeles, CA 90017

*Attorneys for Plaintiff Laney Sweet, an individual, on her own behalf and as guardian of Plaintiffs E.S. and N.S., and as representative of the Plaintiff Estate of Daniel Shaver*

3

# CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing to:

Kathleen Wieneke
Christina Retts
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, AZ 85281
*Attorneys for Defendants City of Mesa,*
*Brian Elmore, Christopher Doane,*
*and Bryan Cochran*

John T. Masterson
Joseph J. Popolizio
JONES, SKELTON & HOCHULI, PLC
40 N. Central Ave., Suite 2700
Phoenix, AZ 85004
*Attorneys for Defendant Richard Gomez*

Daniel O'Connor
Daniel Joseph O' Connor III
O'CONNOR & DYET, P.C.
7955 S. Priest Drive
Tempe, AZ 85284
*Attorneys for Defendants Philip*
*Brailsford and Corrine Brailsford*

Mark Zukowski
David Potts
JONES, SKELTON & HOCHULI, PLC
40 N. Central Avenue, Suite 2700
Phoenix, AZ 85004
*Attorney for Defendant La Quinta Holdings*

Lori V. Berke
Stacey F. Gottlieb
Jody C. Corbett
Berke Law Firm, PLLC
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006
*Attorneys for Defendant Charles Langley*


/s/ Nicole Rynearson

5