# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laney Sweet, | No. CV-17-00152-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| City of Mesa, et al., | |
| Defendants. | |

The Court has been advised that this case has settled (Doc. 706).

**IT IS ORDERED** that this matter will, without further order of the Court be dismissed with prejudice within 45 days of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this matter on **January 18, 2023** without further leave of Court.

Dated this 2nd day of December, 2022.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge