IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laney Sweet, | No. CV-17-00152-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| City of Mesa, et al., | |
| Defendants. | |

**IT IS ORDERED** setting a Telephonic Status Conference re the Notice of Settlement (Doc. 706) on **December 7, 2022 at 1:30 p.m.** To avoid challenges posed by the use of computers, cell phones, headsets, speaker phones or other devices, the parties are directed to utilize landlines for this Telephonic Status Conference ensure clarity of communication with the Court and accurate transcription by the Court Reporter. Plaintiffs' Counsel shall set up a call-in number and include the information in an email to the Court (Snow_Chambers@azd.uscourts.gov) and all counsel no later than **12:00 p.m. (Arizona time) on Monday, December 5, 2022.**

**IT IS FURTHER ORDERED** Plaintiffs' counsel shall have copies of the Maricopa County Superior Probate Court's approval of the minors' settlement as well as any other documentation the parties deem appropriate to facilitate the status conference delivered

/ / /

/ / /

/ / /

**directly to** the undersigned's chambers no later than **12:00 p.m. (Arizona time) on Monday, December 5, 2022.**

Dated this 2nd day of December, 2022.

_____
G. Murray Snow
Chief United States District Judge