IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laney Sweet,<br><br>           Plaintiff,<br><br>v.<br><br>City of Mesa, et al.,<br><br>           Defendants. | No. CV-17-00152-PHX-GMS<br><br>**ORDER** |

Upon review of Plaintiffs' Motion to Seal Portions of Plaintiffs' Petition for Approval of Minors' Settlement and Compromise with Defendants and for Dismissal of Claims Against Defendants with Prejudice ("Petition) (Doc. 711), and good cause appearing,

**IT IS ORDERED** granting Plaintiffs' Motion to Seal (Doc. 711) for the reasons set forth below.

• Plaintiffs Laney Sweet, and her minor children N.S. and E.S. (the "Minors) (and, collectively, the "Sweet Plaintiffs"), have identified within the Motion to Seal specific information that is contained in the Petition and its exhibits that discusses private and sensitive financial details of settlement distributions and proceedings before the Probate Division of the Maricopa County Superior Court involving the interests of the Minors. Such information has been shown to the Court via an unredacted copy of the Petition and exhibits that the Sweet Plaintiffs provided for review directly by the Court and not through a public filing. The Court has affirmed that the information identified by the

Sweet Plaintiffs (the "Protected Confidential Information") discusses, among other things, very specific and private details of settlement proceeds distributions being implemented for Ms. Sweet, and for her minor children N.S. and E.S..

• The Court finds that the Protected Confidential Information involves inherently private and confidential financial matters, the disclosure of which would invade the privacy interests of Ms. Sweet and her minor children N.S. and E.S. and subject them to potential embarrassment, undesirable public exposure, attention of persons with adverse interests, and other intrusive invasions of their privacy, confidentiality and peace of mind.

• The Court finds that the Plaintiffs have reasonably redacted the Petition and exhibits to allow the filing and public inspection of certain terms of settlement, including the total amount being paid by the Insurer for the City of Mesa Defendants, and therefore provide public access to terms of settlement that might otherwise be considered a public record without sufficient countervailing privacy concerns.

• The Court further finds that the parties to the settlement terms resolving this case have agreed upon maintaining the Protected Confidential Information as private and confidential, which would be the Sweet Plaintiffs' right in a conventional settlement. But for the requirements of Court approval of the Minors' settlement and compromise, then, the parties could maintain confidentiality of the Protected Confidential Information.

• The Court further finds that the privacy interests of Ms. Sweet and her minor children N.S. and E.S. substantially outweigh any potential right of the public to inspection of any of the Protected Confidential Information, particularly because the information involved is intended for or restricted to the use of a particular person or group of persons (Ms. Sweet and her minor children), it is not freely available to the public, and the privacy interests at issue involve Ms. Sweet's and her minor children's control of information concerning their personal financial assets and their near-term and long-term use and distribution of such assets, none of which are matters of public concern. See Scottsdale Unified Sch. Dist. No. 48 v. KPNX Broad. Co., 191 Ariz. 297, 300, ¶ 9 (1998); see also,

U.S. Dep't of Justice v. Reporters Comm. for Freedom of the Press, 489 U.S. 749, 763 (1989)).

• Therefore, the Protected Confidential Information does not constitute a public record and the Sweet Plaintiffs are entitled to protection of the Protected Confidential Information from public disclosure.

**IT IS FURTHER ORDERED**, that the Protected Private Information shall remain private and confidential, including pursuant to the Protective Order (Doc. 111) issued in this case, and the Clerk of Court shall accept for filing under seal an unredacted version of the Petition and exhibits.

**IT IS FURTHER ORDERED**, that the Defendant Parties to this action, including without limitation the Defendant City of Mesa and individual Defendants Charles Langley, Philip Mitchell Brailsford, Bryan Cochran, Brian Elmore, Richard Gomez, and Christopher Doane, as well as any all officials, employees, agents, attorneys or representatives of any of the Defendants are not authorized to and shall not disclose, reveal, publish, transfer or use any of the Protected Confidential Information to any persons or entities, or in any manner, not specifically authorized in a further order of this Court, but instead shall maintain all such Protected Private Information as private and confidential at all times.

**IT IS FURTHER ORDERED** directing the Clerk of Court to file under seal Plaintiffs' Unopposed Petition for Approval of Minors Settlement and Compromise with Defendants and for Dismissal of Claims Against Defendants with Prejudice lodged at Doc. 712.

Dated this 6th day of December, 2022.

_____
G. Murray Snow
Chief United States District Judge