# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laney Sweet,<br><br>           Plaintiff,<br><br>v.<br><br>City of Mesa, et al.,<br><br>           Defendants. | No. CV-17-00152-PHX-GMS<br><br>**ORDER** |

    The Court, having considered Plaintiffs' Unopposed Petition for Approval of Minors' Settlement and Compromise with Defendants and for Dismissal of Claims Against Defendants With Prejudice (Doc. 710, 716), and good cause appearing,

    **IT IS ORDERED** granting Plaintiffs' Petition (Doc. 710, 716).

    **IT IS FURTHER ORDERED THE COURT FINDS:** that the Plaintiffs, by and through Laney Sweet, for herself and as guardian of minor Plaintiffs N.S. and E.S. (collectively the "Minors"), and as personal representative of the Plaintiff Estate of Daniel Shaver, have demonstrated through the Petition and the materials submitted therewith, and through the findings and orders of the Probate Division of the Maricopa County Superior Court, that the terms of the compromise and settlement of the Minors' claims in this action and the Adversary Proceeding in U.S. Bankruptcy Court, District of Arizona Case No. Case No. 2:19-bk-00802-BKM are fair, just, reasonable and appropriate, and justify approval per the standards of Rule 17(c), Fed.R.Civ.P., of the compromise and settlement terms presented to this Court and the distribution of proceeds contemplated thereby, particularly

including the terms for distribution of the proceeds of settlement amongst the Plaintiffs and their law firms.

**IT IS FURTHER ORDERED,** approving the Minors' settlement and compromise pursuant to the discretion and authority of this Court as reflected in Rule 17(c), Fed.R.Civ.P., directing that all relevant parties execute the terms of final settlement presented to this Court, and ordering that all claims in this matter are hereby dismissed with prejudice, each party to bear their or its own attorneys' fees and costs; and

**IT IS HEREBY FURTHER ORDERED,** that the Plaintiffs and the Defendants shall further cooperate and immediately complete the withdrawal and dismissal with prejudice of any appeals pending in this matter in U.S. Court of Appeals for the Ninth Circuit Case Nos. Nos. 22-15269, 22-15271 and 22-15771, as well as the dismissal with prejudice of all Plaintiffs' claims pending in the Adversary Proceeding in U.S. Bankruptcy Court, District of Arizona Case No. 2:19-bk-00802-BKM, each party to bear their or its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this case.

Dated this 7th day of December, 2022.

_____
G. Murray Snow
Chief United States District Judge