UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 17 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LANEY SWEET, an individual, on behalf of E.S., N.S., and the estate of Daniel Shaver,<br><br>    Plaintiff-Appellee,<br><br> and<br><br>GRADY SHAVER, Individually and surviving father of: deceased Daniel Shaver; NORMA SHAVER, Individually and as surviving mother of: deceased Daniel Shaver,<br><br>    Plaintiffs,<br><br>  v.<br><br>PHILIP MITCHELL BRAILSFORD; CORRINE BRAILSFORD, husband and wife,<br><br>    Defendants-Appellants,<br><br> and<br><br>CHARLES J. LANGLEY; et al.,<br><br>    Defendants. | No.   22-15269<br><br>D.C. No. 2:17-cv-00152-GMS<br>District of Arizona,<br>Phoenix<br><br>ORDER |

2

Pursuant to the court's January 10, 2023 order, this appeal is deemed dismissed voluntarily.  Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Roxane G. Ashe
Circuit Mediator